**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON, 15 Mountain View Road Warren, New Jersey 07059-6711 <br><br> Plaintiff, <br><br> v. <br><br> Timothy Olawuni, a/k/a Timothy Adeyemi, a/k/a Timothy J. Olawuni, a/k/a Timothy D. Olawuni, a/k/a Timothy O. Olawuni 24 Kennedy Street, NW Washington, DC 20011-5225 <br><br> and <br><br> Florence Olajide 7838-C Eastern Ave. NW Washington, DC 20012 <br><br> and <br><br> Tim & Flo Realty/Construction Firm LLC 5614 5th St. NW Washington, DC 20011 <br><br> and <br><br> Pedro L. Rodriguez, individually and d/b/a Moya Contractors Company 300 Gordon Street Sterling, Virginia 20164 <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: <br><br><br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, by and through its counsel, upon information and belief, complains against the Defendants and alleges as follows:

## PARTIES

1.      Plaintiff, Federal Insurance Company, is a corporation organized and existing under the laws of the State of Indiana, with a principal place of business located at 15 Mountain View Road, Warren, New Jersey and, at all times relevant hereto, was licensed to issue insurance policies in the District of Columbia.

2.      At all times hereinafter mentioned, Denise Washington was the owner of the house located at 1429 5th Street, NW, Washington, DC, and was insured through a policy of insurance issued by Plaintiff, which insured her against, among other things, damages to real and personal property, as well as continuing expenses, loss of use, and extra expense.

3.      Defendant Timothy Olawuni, a/k/a Timothy Adeyemi, a/k/a  Timothy J. Olawuni, a/k/a Timothy D. Olawuni, a/k/a Timothy O.Olawuni, is an individual residing at 24 Kennedy Street, N.W., Washington, DC 20011-5225 and, at all times relevant hereto, was the co-owner of the property located at 1427 5th Street, NW, Washington, DC.

4.      Defendant Florence Olajide is an individual residing at 7838-C Eastern Ave. NW, Washington, DC 20012 and, at all times relevant hereto, was the co-owner of the building located at 1429 5th Street, NW, Washington, DC.

5.      Defendant Tim & Flo Realty/Construction Firm LLC is a limited liability corporation organized and existing under the laws of the District of Columbia, with a principal place of business located at 5614 5th St. NW, Washington, DC 20011 and, at all times relevant hereto, was engaged in the business of redeveloping the property located at 1429 5th Street, NW, Washington, DC.

6.       Defendant Pedro L. Rodriguez is an individual residing at 300 Gordon Street, Sterling, Virginia, who does business as Moya Construction Company and, at all times relevant hereto, was acting as construction manager for the renovation of the property located at 1429 5th Street, NW, Washington, DC.

## JURISDICTION AND VENUE

7.       Jurisdiction of this Court is invoked under 28 U.S.C.A. § 1332 by reason of diversity of citizenship of the parties.  The matter in controversy, excluding interest and costs, exceeds the sum of $75,000.00.  Venue is properly laid in this District under the provisions of 28 U.S.C.A. § 1391.

## FACTS

8.       On or around August 9th, 2005, the defendants and their servants, employees, agents and/or subcontractors, were performing excavation work at the property located at 1427 5th Street in N.W. in Washington. D.C.

9.       In the course of performing such work, the common wall between 1427 and 1429 5th Street, N.W. collapsed, causing severe damage to the real and personal property of plaintiff's insured.

10.      As a result of the collapse referred to above, and in accordance with the aforesaid policy of insurance, Plaintiff has paid its insured, Denise Washington, the fair and reasonable cost of repairing and/or replacing the damaged real and personal property, as well as the additional living expenses she incurred as a result of the collapse.  As a result of that collapse, Plaintiff is both legally and equitably subrogated to any and all claims that Denise Washington may have against the Defendants.

## COUNT I

### NEGLIGENCE

11.     Plaintiffs reassert the allegations contained in paragraphs 1 through 10 above as if fully set forth herein.

12.     The plaintiff's injuries and other damages were caused by the negligence, carelessness and other acts or omissions of the defendants, their employees, agents, and/or servants in:

    (a)     failing to take the appropriate measures necessary to prevent the wall from collapsing;

    (b)     failing to properly brace and underpin the wall to prevent its collapse; and

    (c)     failing to hire a competent engineering professional to prepare a plan for underpinning the wall during the renovation project;

13.     The Plaintiff suffered damages as a direct and proximate result of said negligence.

WHEREFORE, the plaintiff demands judgment against the defendants in an amount in excess of $100,000.00 for damage to real and personal property, extra expense, loss of use and additional living expenses, together with interest, the costs of this action, and any other relief to which the plaintiff is s are legally entitled.

## COUNT II

### NUISANCE

14.     Plaintiff reasserts the allegations contained in paragraphs 1 through 13 above as if fully set forth herein.

15.     The Defendants unreasonably interfered with the use and enjoyment of the

property of plaintiff's insured to an extent that the Plaintiff's insured could not be reasonably

expected to bear without compensation, which interference constituted a nuisance.

16.     The Plaintiff suffered damages as a direct and proximate result of said nuisance.

17.     The Defendants are jointly and severally liable to the Plaintiff for damages

resulting from said nuisance.

WHEREFORE, the plaintiffs demand judgment against the defendants in an amount in

excess of $100,000.00 for damage to real and personal property, extra expense, loss of use and

additional living expenses, together with interest, the costs of this action, and any other relief to

which the plaintiffs are legally entitled.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By: _____

Eric N. Stravitz  (D.C. Bar #438093)
2000 Massachusetts Avenue
Suite 200
Washington, DC 20036
(202) 463-0303
(202) 861-8858 Fax
strav@erols.com

Counsel for Plaintiff Federal Ins. Co.
a/s/o Denise Washington

OF COUNSEL


_____
Matthew F. Noone
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215-665-2192
mnoone@cozen.com

## **JURY DEMAND**

    Plaintiff hereby requests a jury trial.


                                    _____
                                    Eric N. Stravitz  (D.C. Bar #438093)