**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON, 15 Mountain View Road Warren, New Jersey <br><br> Plaintiff, <br><br> v. <br><br> Timothy Olawuni, a/k/a Timothy Adeyemi, a/k/a Timothy J. Olawuni, a/k/a Timothy D. Olawuni, a/k/a Timothy O.Olawuni 24 Kennedy Street, NW Washington, DC 20011-5225 <br><br> and <br><br> Florence Olajide 7838-C Eastern Ave. NW Washington, DC 20012 <br><br> and <br><br> Tim & Flo Realty/Construction Firm LLC 5614 5th St. NW Washington, DC 20011 <br><br> and <br><br> Pedro L. Rodriguez, individually and d/b/a Moya Contractors Company 300 Gordon Street Sterling, Virginia 20164 <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 1:06CV00157 <br> Judge Paul L. Friedman <br><br><br> **JURY TRIAL DEMANDED** |

## DISCLOSURE STATEMENT IN ACCORDANCE WITH F.R.C.P 7.1

**PLEASE TAKE NOTICE,** that Federal Insurance Company, a/s/o Denise Washington, Plaintiff in the above captioned action, hereby discloses in accordance with Rule 7.1 of the Federal Rules of Civil Procedure that all of its capital stock is owned by the Chubb Corporation, Warren, New Jersey.

These representations are made so that Judges of this Court can determine the need for recusal.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By:     /s/
Eric N. Stravitz  (D.C. Bar #438093)
2000 Massachusetts Avenue
Suite 200
Washington, DC 20036
(202) 463-0303
(202) 861-8858 Fax
strav@erols.com

Counsel for Plaintiff Federal Ins. Co.
a/s/o Denise Washington

2