AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FEDERAL INSURANCE COMPANY, as
Subrogee of DENISE WASHINGTON.
15 Mountain View Road,
Warren, New Jersey 07059-6711
   V
TIMOTHY OLAWUNI, ET AL
FLORENCE OLAJIDE
7838-C Eastern Ave., NW
Washington, DC 20012

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00157

CASE NUM      JUDGE: Paul L. Friedman

DECK TYPE: General Civil

DATE STAMP: 01/30/2006

TO: (Name and address of Defendant)

FLORENCE OLAJIDE
7838-C Eastern Avenue, NW
Washington, DC 20012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz

MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JAN 3 0 2006
CLERK                                          DATE

_M. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 2/13/06 @ 9:45 pm |
| NAME OF SERVER (PRINT) Lorenzo Kenerson | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  711 Seek Lane, Takoma Park, MD 20912

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 65.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/14/2006
           Date            Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036
*Address of Server*

Service included Civil Cover Sheet, Corporate Disclosure Statement, Notice of Right to Consent to Trial Before U.S. Magistrate J., Initial Electronic Case Filing Order, and ECF Attorney Participant Registration Form

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.