AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FEDERAL INSURANCE COMPANY, as
Subrogee of DENISE WASHINGTON
15 Mountain View Road
Warren, New Jersey 07059-6711

V.

PEDRO L. RODRIGUEZ,
individually and d/b/a
MOYA CONTRACTORS COMPANY
300 Gordon Street
Sterling, Virginia 20164

**SUMMONS IN A CIVIL CASE**

CASE NUM.

CASE NUMBER 1:06CV00157

JUDGE: Paul L. Friedman

DECK TYPE: General Civil

DATE STAMP: 01/30/2006

TO: (Name and address of Defendant)

PEDRO L. RODRIGUEZ
DBA Moya Contractors Company
300 Gordon Street
Sterling, Virginia 20164

Serve On: Registered Agent
Pedro Medrano
806 W. Nettle Tree Road
Sterling, Virginia 20164

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz

MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JAN 3 0 2006
_____              _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/23/2006  8:00 PM | |
| NAME OF SERVER (PRINT) CHRISTINE A. DAVIS | TITLE PRIVATE PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED PEDRO MEDRANO, REGISTERED AGENT FOR MOYA CONTRACTOR COMPANY, 800 W. NETTLE TREE ROAD, STERLING VA 20164

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-23-2006                    [signature]
           Date                          Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036
*Address of Server*

including Civil Cover Sheet, Corporate Disclosure Statement, Notice of Right to Consent to Trial Before U.S. Magistrate J., Initial Electronic Case Filing Order, and ECF Attorney Participant Registration Form

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.