**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON,<br><br>    Plaintiff,<br>        v.<br><br>Timothy Olawuni, a/k/a Timothy Adeyemi, a/k/a Timothy J. Olawuni, a/k/a Timothy D. Olawuni, a/k/a Timothy O.Olawuni<br>24 Kennedy Street, NW<br>Washington, DC 20011-5225<br><br>and<br><br>Florence Olajide<br>7838-C Eastern Ave. NW<br>Washington, DC 20012<br><br>and<br><br>Tim & Flo Realty/Construction Firm LLC<br>5614 5th St. NW<br>Washington, DC 20011<br><br>and<br><br>Pedro L. Rodriguez, individually and d/b/a Moya Contractors Company<br>300 Gordon Street<br>Sterling, Virginia 20164<br><br>    Defendants | Case No.: 1:06-cv-00157-PLF |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 7th day of April, 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm LLC were all personally served with process on February 13th, 2006.

I further certify under penalty of perjury that no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for filing has expired; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendants.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By:  /s/_____
Eric N. Stravitz  (D.C. Bar #438093)
2000 Massachusetts Avenue
Suite 200
Washington, DC 20036
(202) 463-0303
(202) 861-8858 Fax
strav@erols.com

Counsel for Plaintiff Federal Ins. Co.
a/s/o Denise Washington