**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON,<br><br>        Plaintiff,<br>            v.<br><br>Timothy Olawuni, a/k/a Timothy Adeyemi, a/k/a Timothy J. Olawuni, a/k/a Timothy D. Olawuni, a/k/a Timothy O.Olawuni<br>24 Kennedy Street, NW<br>Washington, DC 20011-5225<br><br>and<br><br>Florence Olajide<br>7838-C Eastern Ave. NW<br>Washington, DC 20012<br><br>and<br><br>Tim & Flo Realty/Construction Firm LLC<br>5614 5th St. NW<br>Washington, DC 20011<br><br>and<br><br>Pedro L. Rodriguez, individually and d/b/a Moya Contractors Company<br>300 Gordon Street<br>Sterling, Virginia 20164<br><br>        Defendants | Case No.:  1:06-cv-00157-PLF |

**DEFAULT**

It appearing that the above-named defendants, Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm LLC have failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 13th day of February, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 7th day of April, 2006 declared that defendants herein are in default.

              Nancy M. Mayer-Whittington, Clerk

              By _____
                  Deputy Clerk