IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

<u>Federal Insurance Company as subrogee of Denise Washington</u>
Plaintiff(s)

Case Number: <u>1:06 CV 00157</u>

vs

<u>Timothy Olawuni, et al</u>
Defendant(s)

AFFIDAVIT OF SERVICE

The undersigned hereby certifies that on April 6, 2006 at 3:00 PM, she executed service of process upon **PEDRO L. RODRIGUEZ** individually and d/b/a Moya Contractors Company at 300 Gordon Street, Sterling, VA 20164 by delivering to and posting, pursuant to the Code of Virginia Article 4 Title 8.01-296 2(b), copies of Summons and Complaint including Civil Cover Sheet, Corporate Disclosure Statement, Notice of Right to Consent to Trial Before U.S. Magistrate J., Initial Electronic Case Filing Order, and ECF Attorney Participant Registration Form. Subject domicile is titled to Defendant, and on information and belief, is his primary residence.  Service could not be effected under Subdivision 2(a) (service on a resident family member) or on the Defendant personally during these attempts: 2/16/06 at 5:15 pm: female would not open the door; 2/17/06 at 5:25 pm: no answer; 2/18/06 at 9:45 am: no answer; 2/23/06 at 7:55 pm: no answer; 2/24/06 at 2:30 pm: female stated 'He don't live here' and refused to open the door; 2/24/06 at 9:00: no answer; 2/27/06 at 6:00 pm: no answer; 2/28/06 at 7:35 pm: no answer; 3/15/06 at 3:00 pm: no answer; 3/18/06 at 1:45 pm: cars in driveway, television heard, no one would answer the door; 3/21/06 at 9:45 pm: lights on, no answer; and 3/25/06 at 10:30 am: no answer.  Furthermore, a copy of said documents was mailed, first-class postage prepaid, to Defendant at the above address on April 6, 2006.  The undersigned further certifies that my place of business is 2000 Massachusetts Avenue NW 3rd Floor, Washington, DC 20036; that I am over the age of 18 years; and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: April _7_, 2006

CHRISTINE A. DAVIS
Washington Pre-Trial Services, Inc.