**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON )<br><br>Plaintiff, )<br>v. )<br> )<br>Timothy Olawuni, a/k/a Timothy Adeyemi, )<br>a/k/a Timothy J. Olawuni, a/k/a Timothy D. )<br>Olawuni, a/k/a Timothy O.Olawuni, et al. )<br> )<br>Defendants ) | Civil Action No. 1:06-cv-00157-PLF |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

In accordance with Local Civil Rule 83.2 (d), the undersigned hereby moves for the Admission Pro Hac Vice of Matthew F. Noone, Esq. for purposes of this case. Attached as Exhibit 1 is a statement of Matthew F. Noone that complies with the local rule. Attached as Exhibit 2 is a Statement of Good Standing concerning Mr. Noone. Should this Motion be granted, the undersigned intends to continue serving Plaintiff as local counsel.

Thus, Plaintiff respectfully requests that this Honorable Court order that Mr. Noone be admitted *pro hac vice* to serve as lead counsel for Plaintiff Federal Insurance Company in this case.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC


By:   /s/
Eric N. Stravitz  (D.C. Bar #438093)
2000 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036
(202) 463-0303
(202) 861-8858 Fax
strav@erols.com

Counsel for Plaintiff Federal Ins. Co.
a/s/o Denise Washington