IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON<br><br>    Plaintiff,<br><br>            v.<br><br>Timothy Olawuni, a/k/a Timothy Adeyemi, a/k/a Timothy J. Olawuni, a/k/a Timothy D. Olawuni, a/k/a Timothy O. Olawuni, et al.<br><br>    Defendants | Civil Action No. 1:06-cv-00157-PLF |

## STATEMENT OF MATTHEW F. NOONE IN SUPPORT OF

## MOTION FOR PRO HAC VICE APPEARANCE

1. My full name is Matthew F. Noone.

2. My office address is at 1900 Market Street, Philadelphia, Pennsylvania 19103 for the law firm of Cozen O'Connor. My telephone number is (215) 665-2192.

3. I am a resident of the Commonwealth of New Jersey and was admitted by the Supreme Court of Pennsylvania to the bar of the Commonwealth of Pennsylvania in 1993 and by the Supreme Court of New Jersey to the Commonwealth of New Jersey in 1994.

4. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and New Jersey and am duly licensed and admitted to practice law within the Commonwealth of Pennsylvania and New Jersey, having an Attorney Identification No. 70828. A copy of my Certificate of Good Standing is annexed hereto and marked as Exhibit "A".

5. There are no disciplinary proceedings or criminal charges instituted against me in the Commonwealth of Pennsylvania or in any other state.

6. Within the last two years, I have been admitted pro hac vice to the United States District Court for the District of Columbia in the matter Federal Insurance vs. J.A. Jones, Civil Action No. 1:04CV00085.

7. I do not practice law from an office located in the District of Columbia.

8. Plaintiff, Federal Insurance Company, has requested that Cozen O'Connor represent its interests in this matter as I have handled many of these types of commercial cases in the past and have developed an expertise in this area. Cozen O'Connor is a national law firm that represents Federal Insurance Company, on a national basis for its significant claims, and has done so pursuant to a long-standing attorney-client relationship.

9. I received immediate notification of the claim from Federal Insurance Company and immediately began coordinating the activities of engineers and experts for onsite forensic investigation. I have also spent numerous hours researching potential legal issues in this case. In view of my intimate knowledge with every aspect of this litigation, Federal Insurance Company will be greatly prejudiced if I am not allowed to continue representing its interests in this matter.

10. If the Court shall allow my Motion to Appear Pro Hac Vice in the above-captioned matter, with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and amenable to a disciplinary action and the civil jurisdiction of this Court and the District of Columbia Bar in all respects as if I were a regularly admitted and licensed member of the Bar of the District of Columbia in good standing.

11. The Commonwealth of Pennsylvania grants the privilege of Pro Hac Vice admission to members of the District of Columbia Bar.

12. In connection with this case, I am associated with Eric N. Stravitz, Esquire, an attorney who is duly and legally admitted to the practice of law in the District of Columbia, and designate Mr. Stravitz as an individual upon whom service may be had in all matters connected with the above-captioned case, with the same effect as if personally made on me within the Commonwealth of Pennsylvania.

13. I certify that all of the foregoing statements made by me are true and I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Matthew F. Noone (Pa. Bar #70828)
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2192
Fax: (215) 701-2192

2