

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Matthew F. Noone, Esq.*

**DATE OF ADMISSION**

*December 15, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 6, 2006

_____
Patricia A. Johnson
Chief Clerk