UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL INSURANCE COMPANY**

    Plaintiff

v.

**TIMOTHY OLAWUNI, et.al.**

    Defendant.

Case NO. 1:06CV00157
Judge Paul L. Friedman

RECEIVED
JUN 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## LINE OF ENTRY OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT:

PLEASE enter the appearance of Attorney MaryRose Ozee Nwadike as counsel for Defendants Timothy Olawuni, Florence Olajide, Tim & Flo Realty/Construction Firm LLC in the above captioned matter.

Respectfully submitted,

MaryRose Ozee Nwadike
Bar Number 455695
8701 Georgia Avenue, Suite 600
Silver Spring, MD  20910
(301) 565-2424

Attorney for Defendant

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on this 14th day of June, 2006, a true copy of the foregoing Line of Appearance was served by mailing same, first class Mail, postage prepaid to:

Eric N. Stravitz, Esquire
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, Suite 200
Washington, D.C. 20036

Attorney for Plaintiff

_____
Maryrose Ozee Nwadike, Esquire