

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LONDON
LOS ANGELES
NEW YORK

# COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

NEWARK
SAN DIEGO
SAN FRANCISCO
SANTA FE
SEATTLE
TORONTO
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

## FACSIMILE

FROM: Matthew F. Noone

SENDER'S PHONE: 215.665.2192

# OF PAGES (INCLUDING COVER): 2

DATE: May 9, 2006

TIMEKEEPER NO.:

SENDER'S FAX: 215.701.2192

FILE NAME: WASHINGTON

FILE #: 177065

| RECIPIENT(S) | PHONE | FAX |
|---|---|---|
| Mary Rose Nwadike<br>The Law Offices of Monn, LLC | | 301.565.2426 |

MESSAGE:

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL [215.665.2000] or [800.523.2900] IMMEDIATELY.
THIS TRANSMISSION IS ALSO BEING SENT VIA:

☐ Regular Mail
☐ Certified Mail
☐ Hand Delivery
☐ Overnight Mail
☐ Federal Express
☐ E-Mail

NOTICE
The information contained in this transmission is privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended addressee, the reader is hereby notified that any consideration, dissemination or duplication of this communication is strictly prohibited. If the addressee has received this communication in error, please return this transmission to us at the above address by mail. We will reimburse you for postage. In addition, if this communication was received in the U.S., please notify us immediately by phoning and asking for the Fax Center.



| | | |
|---|---|---|
| PHILADELPHIA | **COZEN** | NEW YORK |
| ATLANTA | | NEWARK |
| CHARLOTTE | **O'CONNOR** | SAN DIEGO |
| CHERRY HILL | ATTORNEYS | SAN FRANCISCO |
| CHICAGO | | SANTA FE |
| DALLAS | | SEATTLE |
| DENVER | | TORONTO |
| HOUSTON | | TRENTON |
| LAS VEGAS | | WASHINGTON, DC |
| LONDON | | WEST CONSHOHOCKEN |
| LOS ANGELES | | WICHITA |
| | A PROFESSIONAL CORPORATION | WILMINGTON |

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

May 9, 2006

**Matthew F. Noone**
Direct Phone 215.665.2192
Direct Fax    215.701.2192
mnoone@cozen.com

**VIA FACSIMILE 301-565-2426**

Mary Rose Nwadike
The Law Offices of Monn, LLC
8701 Georgia Avenue - Suite 600
Silver Springs, MD 20910

Re:   Washing v. Timothy Olawuni, et al.
      U.S. District Court for the District of Columbia
      No. 1:06-cv-00157-PLF

Dear Attorney Nwadike:

    I am in receipt of your phone messages discussing the possibility of filing a joint consent order to lift the default entered against your clients for failing to answer the complaint. My research indicates that your clients must show that they have a meritorious defense to the claims raised in the complaint. Based upon the facts surrounding the permit and the modification to the house, my client is not convinced that your clients can satisfy their burden to have the default lifted. Thus, we cannot consent to a motion to lift the default at this time. My client may reconsider its position once it reads your motion.

Very truly yours,

*/s/ Matthew F. Noone*
Matthew F. Noone

SEEN AND APPROVED BY:

*/s/ Eric Stravitz / MFN*
Eric N. Stravitz

MFN/bq

District of Columbia live database - Docket Report
Page 1 of 2
Case 1:06-cv-00157-PLF    Document 14-2    Filed 06/20/2006    Page 3 of 10

JURY, TYPE-E

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00157-PLF

FEDERAL INSURANCE COMPANY v. OLAWUNI et al
Assigned to: Judge Paul L. Friedman
Demand: $100,000
Cause: 28:1332 Diversity-Property Damage

Date Filed: 01/30/2006
Jury Demand: Plaintiff
Nature of Suit: 240 Torts to Land
Jurisdiction: Diversity

**Plaintiff**

**FEDERAL INSURANCE COMPANY**
as subrogee of Denise Washington

represented by **Eric Neil Stravitz**
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, NW
Suite 200
Washington, DC 200036
(202) 463-0303
Fax: (202) 861-8858
Email: strav@erols.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TIMOTHY OLAWUNI**
*also known as*
TIMOTHY ADEYEMI
*also known as*
TIMOTHY J. OLAWUNI
*also known as*
TIMOTHY D. OLAWUNI
*also known as*
TIMOTHY O. OLAWUNI

**Defendant**

**FLORENCE OLAJIDE**

**Defendant**

**TIM & FLO REALTY/CONSTRUCTION FIRM LLC**

**Defendant**

**PEDRO L. RODRIGUEZ**
*individually and*
*doing business as*
MOYA CONTRACTORS COMPANY

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2006 | 1 | COMPLAINT against TIM & FLO REALTY/CONSTRUCTION FIRM LLC, PEDRO L. RODRIGUEZ, TIMOTHY OLAWUNI, FLORENCE OLAJIDE (Filing fee $ 250) filed by FEDERAL INSURANCE COMPANY.(lc, ) (Entered: 02/01/2006) |
| 01/30/2006 | | Summons (5) Issued as to TIM & FLO REALTY/CONSTRUCTION FIRM LLC, |

| | | |
|---|---|---|
| | | PEDRO L. RODRIGUEZ, TIMOTHY OLAWUNI, FLORENCE OLAJIDE. (lc, ) (Entered: 02/01/2006) |
| 02/01/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by FEDERAL INSURANCE COMPANY (Stravitz, Eric) (Entered: 02/01/2006) |
| 02/17/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FLORENCE OLAJIDE served on 2/14/2006, answer due 3/6/2006 (Stravitz, Eric) (Entered: 02/17/2006) |
| 02/17/2006 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. TIMOTHY OLAWUNI served on 2/13/2006, answer due 3/6/2006 (Stravitz, Eric) (Entered: 02/17/2006) |
| 02/17/2006 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. TIM & FLO REALTY/CONSTRUCTION FIRM LLC served on 2/13/2006, answer due 3/6/2006 (Stravitz, Eric) (Entered: 02/17/2006) |
| 03/06/2006 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PEDRO L. RODRIGUEZ served on 2/23/2006, answer due 3/15/2006 (Stravitz, Eric) (Entered: 03/06/2006) |
| 04/07/2006 | 7 | AFFIDAVIT FOR DEFAULT *AGAINST DEFENDANTS TIMOTHY OLAWUNI, FLORENCE OLAJIDE, AND TIM & FLO REALTY/CONSTRUCTION FIRM LLC* by FEDERAL INSURANCE COMPANY. (Attachments: # 1 Default (for Clerk's signature))(Stravitz, Eric) (Entered: 04/07/2006) |
| 04/10/2006 | 8 | Clerk's ENTRY OF DEFAULT as to TIM & FLO REALTY/CONSTRUCTION FIRM LLC, TIMOTHY OLAWUNI, FLORENCE OLAJIDE (td, ) (Entered: 04/10/2006) |
| 04/18/2006 | 9 | ENTERED IN ERROR. . . .Writ Returned Executed on 04/06/2006. (Stravitz, Eric) Modified on 4/19/2006 (td, ). (Entered: 04/18/2006) |
| 04/18/2006 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PEDRO L. RODRIGUEZ served on 4/6/2006, answer due 4/26/2006 (td, ) (Entered: 04/19/2006) |
| 04/18/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 9 Writ Executed was entered in error and refiled as document no. 10 using the correct event. (td, ) (Entered: 04/19/2006) |
| 05/08/2006 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Matthew F. Noone. :Address- 1900 Market Street, Philadelphia, PA 19103. Phone No. - 215-665-2192. Fax No. - 215-701-2192 by FEDERAL INSURANCE COMPANY. (Attachments: # 1 Exhibit Statement of Matthew Noone, Esq.# 2 Exhibit Statement of Good Standing)(Stravitz, Eric) (Entered: 05/08/2006) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 05/10/2006 14:22:19 | | |
| PACER Login: | us3871 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00157-PLF |
| Billable Pages: | 2 | Cost: | 0.16 |

Case 1:06-cv-00157-PLF Document 14-2 Filed 06/20/2006 Page 5 of 10
Case 1:06-cv-00157-PLF Document 3 Filed 02/17/2006 Page 1 of 2
AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FEDERAL INSURANCE COMPANY, as
Subrogee of DENISE WASHINGTON.
15 Mountain View Road,
Warren, New Jersey 07059-6711
v.
TIMOTHY OLAWUNI, ET AL
FLORENCE OLAJIDE
7838-C Eastern Ave., NW
Washington, DC 20012

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00157

CASE NUM  JUDGE: Paul L. Friedman

DECK TYPE: General Civil

DATE STAMP: 01/30/2006

TO: (Name and address of Defendant)

FLORENCE OLAJIDE
7838-C Eastern Avenue, NW
Washington, DC 20012

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz

MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JAN 30 2006
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/13/06 @ 9:45 pm |
| NAME OF SERVER (PRINT) Lorenzo Kenerson | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 711 Seek Lane, Takoma Park, MD 20912

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/2006
Date          Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036
Address of Server

Service included Civil Cover Sheet, Corporate Disclosure Statement, Notice of Right to Consent to Trial Before U.S. Magistrate J., Initial Electronic Case Filing Order, and ECF Attorney Participant Registration Form

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:06-cv-001__-PLF  Document __ Filed 06/20/2006  Page 7 of 10
AO 440 (Rev 8/01) Case 1:06-cv-00157-PLF  Document 14-4  Filed 02/__/__6  Page 1 of 2
Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON, 15 Mountain View Road, Warren, New Jersey 07059-6711

V.

TIMOTHY OLAWUNI, a/k/a TIMOTHY ADEYEMI, a/k/a TIMOTHY J. OLAWUNI, a/k/a TIMOTHY D. OLAWUNI, a/k/a TIMOTHY O. OLAWUNI
24 Kennedy Street, NW
Washington, DC 20011-5225

**SUMMONS IN A CIVIL CASE**

CASE 1

CASE NUMBER 1:06CV00157
JUDGE: Paul L. Friedman
DECK TYPE: General Civil
DATE STAMP: 01/30/2006

TO: (Name and address of Defendant)

Timothy Olawuni, a/k/a Timothy Adeyemi; a/k/a Timothy J. Olawuni, a/k/a Timothy D. Olawuni; a/k/a Timothy O. Olawuni;
24 Kennedy Street, NW
Washington, DC 20011-5225

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN 30 2006
DATE

/s/ Higgins
DEPUTY CLERK

Case 1:06-cv-00157-PLF Document 4 Filed 02/17/06 Page 2 of 2
Case 1:06-cv-00157-PLF Document 24 Filed 06/20/2006 Page 8 of 10
AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/13/06 @ 9:40 pm |
| NAME OF SERVER (PRINT) Lorenzo Kenerson | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 711 Seek Lane, Takoma Park, MD 20912

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 94.— |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/2006
Date

Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

*Address of Server*

Service included Civil Cover Sheet, Corporate Disclosure Statement, Notice of Right to Consent to Trial Before U.S. Magistrate J., Initial Electronic Case Filing Order, and ECF Attorney Participant Registration Form

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:06-cv-00157-PLF Document 5 Filed 02/17/2006 Page 1 of 2
Case 1:06-cv-00157-PLF Document 15 Filed 02/20/2006 Page 9 of 10
AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FEDERAL INSURANCE COMPANY, as
Subrogee of DENISE WASHINGTON,
15 Mountain View Road
Warren, New Jersey 07059-6711
TIMOTHY OLAWUNI, ET AL
TIM & FLO REALTY/CONSTRUCTION
   FIRM LLC
5614 5th Street, NW
Washington, DC 20011

**SUMMONS IN A CIVIL CASE**

CASE NUM

CASE NUMBER 1:06CV00157
JUDGE: Paul L. Friedman
DECK TYPE: General Civil
DATE STAMP: 01/30/2006

TO: (Name and address of Defendant)

Tim & Flo Realty/Construction Firm LLC
5614 5th Street, NW
Washington, DC 20011

Serve On: Registered Agent
Timothy Olawuni
5614 5th Street, NW
Washington, DC 20011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz

MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 30 2006
CLERK                                DATE

(By) DEPUTY CLERK

Case 1:06-cv-00? PLF Document 5 Filed 02/17/2006 Page 1 of 2
Case 1:06-cv-00157-PLF Document 14 Filed 02/16/2006 Page 2 of 10
AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 2/13/06 @ 9:40pm |
| NAME OF SERVER (PRINT) Lorenzo Kenerson | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 711 Seek Lane, Takoma Park, MD 20912

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $80.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/2006
Date                Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036
*Address of Server*

Service included Civil Cover Sheet, Corporate Disclosure Statement, Notice of Right to Consent to Trial Before U.S. Magistrate J., Initial Electronic Case Filing Order, and ECF Attorney Participant Registration Form

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.