UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| Plaintiff | * | |
| v. | * | |
| **TIMOTHY OLAWUNI, et.al.** | * | Case NO. 1:06CV00157 |
| | * | Judge Paul L. Friedman |
| Defendant. | * | |

### AFFIDAVIT OF FLORENCE OLAJIDE

I, Florence Olajide, a co-defendant in the above-captioned matter, being more than twenty-one years of age, do hereby make oath and state as follows:

1. I am a black female citizen of the United States and a resident of the Montgomery County, wherein I reside at 711 Seek Lane, Takoma Park, Maryland.

2. I have personal knowledge of the facts set forth in this affidavit.

3. This lawsuit arose from a construction accident that occurred on or about August 9, 2005, at a construction site in the District of Columbia.

5. That I was never served with the Complaint and Summons in this lawsuit.

6. I learnt about the lawsuit for the first time on or about April 27, 2006, from Mr. Timothy Olawuni who informed me that suit had been filed in the matter.

7. On May 10, 2006 I learnt from Mr. Olawuni that Clerk of the District Court made an entry of default against us for failure to file answers to this Plaintiff's Complaint.

I, Florence Olajide do solemnly affirm under the penalty of perjury and upon personal knowledge that the contents of the foregoing affidavit are true.

_____
Florence Olajide

SUBSCRIBED and SWORN to before me this 14 day of June, 2006.

My commission expires: 8/1/07

_____
NOTARY PUBLIC