UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY** | * |
| Plaintiff | * |
| v. | * |
| **TIMOTHY OLAWUNI, et.al.** | * Case NO. 1:06CV00157 |
| | * Judge Paul L. Friedman |
| Defendant. | * |

## AFFIDAVIT OF TIMOTHY OLAWUNI

I, Timothy Olawuni, a co-defendant in the above-captioned matter, being more than twenty-one years of age, do hereby make oath and state as follows:

1. I am a black male citizen of the United States and a resident of the Montgomery County, wherein I reside at 711 Seek Lane, Takoma Park, Maryland.

2. I have personal knowledge of the facts set forth in this affidavit.

3. I am also the Resident Agent of Tim and Flo Realty/Construction Firm, LLC, a Washington, D.C. Limited Liability Corporation.

4. This lawsuit arose from a construction accident that occurred on or about August 9, 2005, at a construction site in the District of Columbia.

5. I do not recall receiving the Complaint and Summons from the Plaintiff either for myself or as the Resident Agent of Defendant Tim & Flo Realty/Construction Firm, LLC.

6. I learnt about the lawsuit for the first time on or about April 27, 2006, from Mr. Pedro L. Rodriguez who informed me that suit had been filed in the matter.

7. On May 10, 2006 I went to the US District Court in the District of Columbia and confirmed for myself that a lawsuit had indeed been filed. I also discovered that a default had been entered against me by the Clerk of that Court.

8. Upon finding out about the lawsuit, I tried to reach my former attorney without success. I then contacted Attorney MaryRose Ozee Nwadike to assist me and file a motion to vacate the entry of Default.

I, **Timothy Olawuni** do solemnly affirm under the penalty of perjury and upon personal knowledge that the contents of the foregoing affidavit are true.

                                                  **Timothy Olawuni**

SUBSCRIBED and SWORN to before me this 14 day of June, 2006.

                                                  NOTARY PUBLIC

My commission expires: 8/14/07