UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| TIMOTHY OLAWUNI, et.al. | * | Case NO. 1:06CV00157 |
| | * | Judge Paul L. Friedman |
| Defendant. | * | |
| | * | |

## ORDER

UPON CONSIDERATION of the Defendants' Motion to Vacate Entry of Default, and any Opposition thereto, and it appearing to the Court that Defendants have shown good cause for the relief sought, it is hereby

ORDERED that Defendants Motion to is hereby GRANTED, and it is further

ORDERED that the Defendant's Verified Answered shall be accepted by the Clerk of this Court as timely filed.

ENTERED this _____ day of _____, 2006.

_____
Judge Paul L. Friedman

cc:

MaryRose Ozee Nwadike, Esquire
8701 Georgia Avenue, Suite 600
Silver Spring, MD 20910

Eric N. Stravitz, Esquire
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, Suite 200
Washington, D.C. 20036