JURY, TYPE-E

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00157-PLF

FEDERAL INSURANCE COMPANY v. OLAWUNI et al  
Assigned to: Judge Paul L. Friedman  
Demand: $100,000  
Cause: 28:1332 Diversity-Property Damage  

Date Filed: 01/30/2006  
Jury Demand: Plaintiff  
Nature of Suit: 240 Torts to Land  
Jurisdiction: Diversity  

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2006 | 1 | COMPLAINT against TIM & FLO REALTY/CONSTRUCTION FIRM LLC, PEDRO L. RODRIGUEZ, TIMOTHY OLAWUNI, FLORENCE OLAJIDE (Filing fee $ 250) filed by FEDERAL INSURANCE COMPANY.(lc, ) (Entered: 02/01/2006) |
| 01/30/2006 |  | Summons (5) Issued as to TIM & FLO REALTY/CONSTRUCTION FIRM LLC, PEDRO L. RODRIGUEZ, TIMOTHY OLAWUNI, FLORENCE OLAJIDE. (lc, ) (Entered: 02/01/2006) |
| 02/01/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by FEDERAL INSURANCE COMPANY (Stravitz, Eric) (Entered: 02/01/2006) |
| 02/17/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FLORENCE OLAJIDE served on 2/14/2006, answer due 3/6/2006 (Stravitz, Eric) (Entered: 02/17/2006) |
| 02/17/2006 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. TIMOTHY OLAWUNI served on 2/13/2006, answer due 3/6/2006 (Stravitz, Eric) (Entered: 02/17/2006) |
| 02/17/2006 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. TIM & FLO REALTY/CONSTRUCTION FIRM LLC served on 2/13/2006, answer due 3/6/2006 (Stravitz, Eric) (Entered: 02/17/2006) |
| 03/06/2006 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PEDRO L. RODRIGUEZ served on 2/23/2006, answer due 3/15/2006 (Stravitz, Eric) (Entered: 03/06/2006) |
| 04/07/2006 | 7 | AFFIDAVIT FOR DEFAULT *AGAINST DEFENDANTS TIMOTHY OLAWUNI, FLORENCE OLAJIDE, AND TIM & FLO REALTY/CONSTRUCTION FIRM LLC* by FEDERAL INSURANCE COMPANY. (Attachments: # 1 Default (for Clerk's signature))(Stravitz, Eric) (Entered: 04/07/2006) |
| 04/10/2006 | 8 | Clerk's ENTRY OF DEFAULT as to TIM & FLO REALTY/CONSTRUCTION FIRM LLC, TIMOTHY OLAWUNI, FLORENCE OLAJIDE (td, ) (Entered: 04/10/2006) |
| 04/18/2006 | 9 | ENTERED IN ERROR. . . .Writ Returned Executed on 04/06/2006. (Stravitz, Eric) Modified on 4/19/2006 (td, ). (Entered: 04/18/2006) |
| 04/18/2006 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PEDRO L. RODRIGUEZ served on 4/6/2006, answer due 4/26/2006 (td, ) (Entered: 04/19/2006) |

| | | |
|---|---|---|
| 04/18/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 9 Writ Executed was entered in error and refiled as document no. 10 using the correct event. (td, ) (Entered: 04/19/2006) |
| 05/08/2006 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Matthew F. Noone. :Address- 1900 Market Street, Philadelphia, PA 19103. Phone No. - 215-665-2192. Fax No. - 215-701-2192 by FEDERAL INSURANCE COMPANY. (Attachments: # 1 Exhibit Statement of Matthew Noone, Esq.# 2 Exhibit Statement of Good Standing)(Stravitz, Eric) (Entered: 05/08/2006) |
| 05/15/2006 | | MINUTE ORDER granting 11 motion of Matthew F. Noone for leave to appear pro hac vice on behalf of plaintiff. Signed by Judge Paul L. Friedman on May 15, 2006. (MA) (Entered: 05/15/2006) |
| 06/20/2006 | 13 | NOTICE of Appearance by MaryRose Ozee Nwadike on behalf of TIM & FLO REALTY/CONSTRUCTION FIRM LLC, TIMOTHY OLAWUNI, FLORENCE OLAJIDE (jf, ) (Entered: 07/11/2006) |
| 06/20/2006 | 14 | MOTION to Vacate 8 Clerk's Entry of Default by TIM & FLO REALTY/CONSTRUCTION FIRM LLC, TIMOTHY OLAWUNI, FLORENCE OLAJIDE. (Attachments: # 1 Exhibit # 2 Affidavit of Florence Olajide# 3 Affidavit Timothy Olawuni# 4 Exhibit Verified Answer# 5 Text of Proposed Order)(jf, ) (Entered: 07/11/2006) |
| 06/28/2006 | 12 | Clerk's ENTRY OF DEFAULT as to PEDRO L. RODRIGUEZ (td, ) (Entered: 06/28/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/14/2006 09:57:14 | | | |
| PACER Login: | co0912 | Client Code: | 177065.000 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00157-PLF |
| Billable Pages: | 2 | Cost: | 0.16 |