### REPORT

STRUCTURAL INVESTIGATION REPORT
WALL COLLAPSE
1425 5TH STREET, NW, WASHINGTON, D.C.

Submitted by:
Mehta Consultants, Inc.
600 Reisterstown Road
Baltimore, Maryland 21208

Nov. 10, 2005

## **Table of Contents**                                           **Page**

1. Objective                                                    3
2. General Description of Existing Properties                   3,4
3. Technical Discussion on Soils Bearing Capacity               5,6
4. Reasons for the Wall Collapse                                7
5. Conclusions                                                  8
6. Appendix
   - SK-1: Keyplan of Properties
   - SK-2: Excavation Details prior to wall collapse
   - SK-3: Shear Failure of Soils
   Photographs: 1 through 6

## 1. OBJECTIVE

The objective of this report is to provide the following:

- To provide General Description of an existing townhouse
- To provide Technical Discussion, regarding how the excavation affected soils bearing capacity
- To provide reasons for the collapse of the wall
- To provide conclusions

## 2. General Description of Existing Properties

2.1   Property at 1425 5th Street
The existing house at 1425 5th Street, NW, Washington, D.C. was a residential house for Ms. Denise Washington, prior to the collapse of the party wall on North side. The townhouse has three (3) stories at the front, 17'-8" wide and 29'-0" long, and two (2) stories at the rear, 13'-4" wide and 40'-0" long. It should be noted here that this house does not have the basement. It has very little *crawl space* of about 2" to 4" below floor joists. The floor framing consists of wood joists 2"x11" @ 16".

2.2   Property at 1427 5th Street
Immediately, north of Ms. Washington' property, there is an "open lot", owned by Mr. Timothy Olawuno, who wants to construct three (3) story house with a basement.

The firm, Tim & Flo Construction Realty is the contractor on this project. Mr. Timothy Olawuno is also one of partners of Tim & Flo Construction Realty.

2.3   Rowhouses
It is a common practice that the wall between two houses is considered as a "common party wall", supporting floor and roof loads from each side.

The information regarding properties above is described on the sketch SK1. Also, the front view of Ms. Washington's house is given in the photograph # 1.

2.4    <u>Design Loads on Common Property wall</u>:

We calculated the "design live load" per International Building Code, prior to the wall collapse, and provide results below.

We considered following loads:

- Dead loads of floor and roof levels:  10 lbs/sq.ft.
- Live loads:                           40 lbs/sq.ft for Living Room
                                        30 lbs/sq.ft. for Bed Rooms
                                        30 lbs/sq.ft. at roof level

Since there was no snow at the time of the wall collapse, we did not consider live load at the roof level in our calculations. Also, we considered 50% of design live load at floor levels.

The summary of loads is provided below.
- Roof Level:        88 lbs/ft
- Third Floor:       221 lbs/ft
- Second Floor:      221 lbs/ft
- First Floor:       265 lbs/ft
- Wall load          <u>2625</u> lbs/ft; 29'-2" high x 9" wall at 90 lbs/sq.ft
- **Total load at bottom of wall**   3420 lbs/ft

Since the wall did not have the footing, the bearing stress on soils is equal to 3420 lbs/9" = 4560 lbs/sq.ft.

## 3. Technical Discussion on Soils Bearing Capacity

### 3.1 Soils Bearing Capacity

Generally, every structure needs to be supported on soils, commonly referred as the "ground". With the information of soils bearing capacity, the footing is designed to support the building loads. It is not the objective of this report, nor of the writer, to fully explain all technical terms for soils bearing capacity.

However, the intent is to provide the "design concept", and relate it to the excavation that the contractor made.

Confinement Concept

Generally, "soils" is confined or restrained on all sides, meaning that the soils can not move in any direction under the load. If the "confinement" is removed, then almost all the capacity for soils is lost. The soils that is at the site is basically cohesive soils with clay. Once the clay loses its confinement, it loses the capacity by about 80%. In engineering terms, having the soils removed below the footing is called as *undercutting the footing*. This means that the footing would collapse after soils is removed below the footing. This concept is briefly explained below.



CONFINEMENT CONCEPT     CONFINEMENT REMOVED

---

Project: Structural Investigation Report, Wall Collapse, 1425 5th Street, Washington D.C.
Page 5 of 9

A simple example will explain the "confinement concept", which explained below.

Example: <u>Soils in a glass</u>



Diagram 2A: Soils in a glass shall take the load. The glass is working as a "confinement" to soils, which is inside the glass.

Diagram 2B: Once the glass is removed, the soils shall develop an "inclined surface", depending upon engineering properties. However, the top surface A-A shall come down by a few inches, thus causing the plate come down. In our case, as soils is removed below the bottom and in front of the wall, the wall will come down.

---

3.2    How the Excavation affected Soils Bearing Capacity?

General

We took measurements of the excavation on 10/28/05, and prepared a sketch SK2. The sketch is based upon our field measurements, and also a photograph # 6, taken by Ms. Washington on the day of the wall collapse, Aug. 09, 2005.

Effects of Excavation on soils bearing capacity

It is very clear from the photograph # 6 that the contractor removed soils to the existing wall surface and 5'-0" below the bottom of the wall, affecting the stability of the soils. Thus, the contractor removed "confinement" from the bearing the capacity. This resulted into a very high bearing pressure of 22,800 lbs/sq.ft., which can not be resisted by soils that is present at the site.

As a result, the shear failure occurred on the back side of wall, due to which the soils moved towards the excavation pit. Please see sketch SK-3 for this explanation.

The normal construction practice in this situation would be to provide an excavation in about 4'-0" length to new footing elevation, construct a new footing and a new wall to the underside of the existing wall, with dowels. This is referred as "Underpinning Method".

It is very clear from the photograph # 6 that the contractor did not use a standard construction method, "Underpinning Method". The soils was excavated next to the existing wall for about 12'-0" length. This conclusion is based upon our field survey on 10/28/05. Please refer to photograph # 4 for bricks at this elevation.

### 4. Reasons for the Wall Collapse

<u>General</u>:

The common wall between properties # 1425 & 1427 collapsed on Aug. 09, 2005. As the wall collapsed, three floors and the roof also came down with the wall, since the floor and roof framing is supported on the wall. Please see photographs # 2 & #3, showing the collapse of the wall. The photograph # 3 shows the "end portion" of the wall being *peeled away* from the corner, as the "center portion" of the wall went down.

<u>Reasons for the wall collapse</u>

The contractor removed soils of about 5'-0" depth below the existing wall, and in front of the wall for about 12'-0" length. This is shown in the photograph # 6.

Because of an excavation below the bottom of the wall, it created the following scenario, which led to the collapse of the wall.

1. Confinement to soils below wall removed
   As explained in section (3), the bearing stress on soils increased from 4560 lbs/sq.ft to 22,800 lbs/sq.ft, leading to the "shear failure" on the inside face of the wall per the sketch SK3. Also, "shear failure" is marked on the photograph # 5.

2. No lateral support to soils on inside of the wall
   We believe that soils behind the wall and below the bottom of the wall became *loose*, since the soils in the front of the wall was removed. As a result, the soils behind the wall became loose, and fell through an excavation depth 5'-0".

## 5. Conclusions

5.1 The contractor excavated soils for about 5'0" below the bottom of the wall, and in front of the existing wall for about 12'-0", which, in our opinion, created unstable condition for soils and higher bearing pressure, thus causing the collapse of the wall.

Therefore, in our opinion, the contractor, Tim & Flo Construction Realty, is responsible for the collapse of the common wall, on which Ms. Washington's house was supported.





EXCAVATION DETAILS
PRIOR TO WALL COLLAPSE
3/4" = 1'-0"

BASIS OF THIS INFORMATION:

PHOTOGRAPH # 6 & FIELD SURVEY ON 10/21/05

| SUBJECT: | EXCAVATION DETAILS PRIOR TO WALL COLLAPSE | PROJECT NO.: 00538 | SKETCH SK-2 | MEHTA Consultants, Inc. |
|---|---|---|---|---|
| PROJECT: | 1425 5th STREET, NW. WASHINGTON D.C. | DATE 11/16/05 | | 600 Reisterstown Road Suite 312 Baltimore, MD 21208 |



SHEAR FAILURE OF SOILS
DUE TO EXCAVATION BELOW B/WALL
3/4" = 1'-0"

BASIS OF THIS INFORMATION:

PHOTOGRAPH # 5 & FIELD SURVEY ON 10/21/05

| SUBJECT: | SHEAR FAILURE OF SOILS DUE TO EXCAVATION BELOW B/WALL | PROJECT NO.: 00538 | SKETCH SK-3 | MEHTA Consultants, Inc. |
|---|---|---|---|---|
| PROJECT: | 1425 5th STREET, NW. WASHINGTON D.C. | DATE 11/16/05 | | 600 Reisterstown Road Suite 312 Baltimore, MD 21208 |



**Photograph No.1:**  Front View of Ms. Washington's House



**Photograph No.2:** Collapsed Wall



**Photograph No. 3:** Collapsed Wall
End section *peeled away*, as central section
of wall fell through excavation



**Loose Bricks**

**Photograph No. 4:** Loose Bricks shown at about 5'-1" below bottom of wall, indicating that contractor dug soils below bottom and in front of wall
- Having soils removed next to wall caused collapse of wall.



Soils moved from the back of wall, towards excavation pit, indicating "shear failure"

**Photograph No. 5:** "Shear Failure" of soils at the back of wall



Excavation about 5'-1" below bottom of wall, and next to wall caused collapse of wall

**Photograph No.6**: indicating excavation below bottom of wall, and next to wall