## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Federal Insurance Company as subrogee of Denise Washington
    Plaintiff(s)

                                      Case Number: 1:06 CV 00157
                                      Judge Paul L. Friedman

vs.

Timothy Olawuni, et al
    Defendant(s)

### AFFIDAVIT OF RICHARD CHANCE

I, Richard Chance, being more than twenty-one years of age, do hereby make oath and state as follows:

1.     I am a private investigator with thirty-seven (37) years of experience in the Criminal and Civil Investigations field. Prior to being a private investigator, I was a police homicide detective for the city of Newport News, Virginia. I hold a degree in Police Science from TNCC College in Hampton, Virginia and a Bachelor of Science (BS) Degree in Criminology from LaSalle University in Mandeville, Louisiana. I incorporate by reference the attached curriculum vitae, which sets forth my additional qualifications.

2.     I have personal knowledge of the facts set forth in this affidavit.

3.     I was hired by Cozen O'Connor in August 2005 to investigate the identity of Timothy Olawuni.

4.     During my investigation, I discovered that Timothy Olawuni was born in 1959. He also has a Social Security Number of 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 that was issued by the federal government between 1982 and 1984.

5.     I also learned that Timothy Olawuni has developed an alias identity, Timothy Adeyemi. Mr. Olawuni has gone so far as to secure a separate social security number for his alias identity. The social security number for his alias identity is 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. This fraudulent social security no. was also obtained by Mr. Olawuni between 1983 and 1985.

6.  Mr. Olawuni had to make factual misrepresentations about his identity to the federal government in order to receive a social security number under the alias of Timothy Adeyemi.

7.  It is a federal crime to make factual misrepresentations in connection with obtaining a social security number.

8.  It is also a federal crime for a single individual to have two separate social security numbers.

9.  I hired Danielson and Associates, of Hopewell Virginia, to run an asset check on Mr. Olawuni/Adeyemi. Danielson advised me that in addition to using multiple social security numbers, Mr. Olawuni/Adeyemi also uses multiple dates of birth. Danielson also said that it believed that Mr. Olawuni/Adeyemi was using this fraudulent information in an attempt to conceal assets. In fact, it is a common practice among people who wish to hide their assets to use multiple names, social security numbers and birthdates.

10. It is my understanding that Mr. Olawuni/Adeyemi used both names in connection with obtaining the permit for the construction work on this property that caused the collapse. Mr. Olawuni/Adeyemi listed the owner of the property as Timothy Olawuni and the contractor for the project as Timothy Adeyemi.

11. During my investigation, I spoke to Debra Britt at the General Counsel's Office at 921 N. Capital St., NW, Room 9400, Washington, D.C.. She advised me that Mr. Olawuni/Adeyemi had made fraudulent misrepresentations and had submitted fraudulent plans in connection with this project. Specifically, Mr. Olawuni/Adeyemi stated in his permit application that he needed to excavate underneath an existing basement to repair a common wall between 1427 5th Street, NW and 1425 5th Street, NW.

12. Mr. Olawuni/Adeyemi even submitted to the building department fraudulent construction drawings indicating the presence of an existing basement.

13. In fact, this building had no basement.

14. It is my understanding that Mr. Olawuni/Adeyemi told neighbors that he was excavating to the soil beneath the building to add a new basement.

15. My investigation revealed that Mr. Olawuni/Adeyemi was renovating this building as an investment property. Certainly, the building would be more valuable with four floors of living space, then with only three floors.

I declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Date: 7/13/06

RICHARD CHANCE
Private Investigator

NOTARY

Sworn and subscribed before me
on July 13, 2006

Kathryn E. Phillips (seal)

Notary Public

3



# RICHARD T. CHANCE & ASSOCIATES, INC.

## RICHARD T. CHANCE

## RESUME

Thirty-seven years background and experience in the Criminal and Civil Investigations field. Discharged from the United States Army in 1969. Joined the Newport News, Virginia, Police Department in 1969. Promoted to the rank of Homicide and Major Crime Squad Detective after six (6) months service with the City Police. Member Newport News Police SWAT Team. In 1972, invited to join the Virginia State Fire Marshal's Office, presently the Virginia State Police Bureau of Criminal Investigation Arson/Fraud Unit. Served with that unit until 1976. Invited to join INS Investigation Bureau, Inc., and while with that unit, held the rank of Special Agent and Chief Special Agent, supervising the Mid-Atlantic territory, Commonwealth of Virginia, Maryland, Delaware, West Virginia, North Carolina and South Carolina. Served with that unit until 1979 and then opened an office trading as Richard T. Chance & Associates, Inc., for the investigation of arson, fraud, theft, and/or any crime against insurance companies in which the motive for the crime is insurance monies.

Holds a degree in Police Science from TNCC College, Hampton, Virginia, and a Bachelor of Science (BS) Degree in Criminology from LaSalle University, Mandeville, Louisiana.

Attended College of William and Mary, University of Maryland, University of Delaware, George Mason University, and various in-service and specialized training schools while serving with the local, state, and private sector.

Served as instructor at various government-sponsored arson schools conducted by the University of Delaware, College of William & Mary, and federal, state, and local law enforcement agencies.

In 1974, attended USAMMCS Devices School, Redstone Arsenal, Huntsville, Alabama; qualified as Explosive Technician (E.O.D.) in Bombs and Hazardous Devices.

Has provided expert testimony in federal and state civil and criminal courts in the determination of cause and origin of fires in the states of Virginia, Maryland, West Virginia, Pennsylvania, North Carolina, Tennessee, and the District of Columbia.

Has been engaged by various Commonwealth Attorneys in Virginia and the Maryland State Attorney's Office to assist in preparing criminal prosecution cases; qualified by all state courts as an expert in the determination of cause and origin of fires. Has been appointed as an expert in

Resume – Richard T. Chance
Page two

the determination of cause and origin of fires by various circuit courts, approved by the Virginia Supreme Court. Among our valued clientele is a former Governor of the Commonwealth of Virginia.

Awarded status as a Certified Fire Investigator, October 1, 1988 – October 1, 1993, by the Virginia Chapter of the International Association of Arson Investigators. Awarded status of National Certified Fire Investigator by the International Association of Arson Investigators 1993-1998, 1998-2003 and 2003-2008.

Attended re-certification schools to keep current on fire/arson investigation from 1988 to date.

Latest and most scientific arson detection equipment utilized in conducting investigations.

Member of the International Association of Arson Investigators; served as Secretary/Treasurer of the Virginia Chapter of IAAI in 1976-77 and 1978-79, as 2nd Vice President in 1980-81, and as President of the Virginia Chapter of IAAI in 1982-83 (LIFE MEMBERSHIP). Member of the Virginia State Claims Association, the Richmond Claims Association, the Fraternal Order of Police, the Virginia State Crime Clinic, the Virginia Arson Advisory Committee on Arson Prevention for the Commonwealth of Virginia; past Vice Chairman and member of the Maryland Arson Control Association, and member of the Tidewater Regional Arson Panel (TRAP).

In 1975, selected civic organization in Virginia elected Mr. Chance and honored him with the title of "Young Law Enforcement Officer of the Year."

Appointed to the Citizens Advisory Committee, Nags Head, North Carolina on March 15, 2000 by the Mayor and Board of Commissioners. Reappointed March 15, 2003 - 2006.

Appointed to Sanction Guidelines Work Group for the Department of Criminal Justice Services (DCJS) on May 26, 2000.

Member of various civic and fraternal organizations in the Commonwealth of Virginia.

Licensed and insured professionals.

**Commonwealth of Virginia. City/County of Chesterfield.**
**Acknowledged and sworn before me this 8th day of March, 2005.**

_Kathryn E. Phillips_
**Notary Public**

**My Commission expires September 30, 2006.**



# Commonwealth of Virginia

Department of Criminal Justice Services
certifies that

## Chance & Associates, Inc., Richard T.

## T/A: Richard T. Chance & Associates, Inc.

has complied with Chapter 27, Title 9, Code of Virginia
providing for Licensing as a

## Private Security Services Business

For

### Private Investigation

_____
Director, Department of Criminal Justice Services

**11-1354**
License ID #

**10/31/2007**
Expiration Date



# Commonwealth of Virginia

## Department of Criminal Justice Services

### Certificate of Private Security Training

This is to certify that

**Richard Chance**

has successfully completed

**Compliance Agent Inservice**



_Burton J. Walker_

School Director

**February 29, 2008**

Expires



# State of North Carolina

The Private Protective Services Board

certifies that

## Richard Terry Chance

has complied with Chapter 74C of the General Statutes of North Carolina and is hereby licensed to provide the services of

### Private Investigator

License Number 1073

with

Richard T Chance and Associates, Inc.

BPN 001382P4

In Witness whereof, I have hereunto signed my name

Wednesday, January 19, 2005

Chairperson, Private Protective Services Board

2005-137

**03/31/2006**

**Expiration Date**

R. 5/2002



# International Association of Arson Investigators, Inc.

## CERTIFIED FIRE INVESTIGATOR

### Hereby Certifies That

## Richard T. Chance, IAAI-CFI

Has successfully demonstrated the ability to meet the standards for certification in the Certified Fire Investigators Program and is hereby recognized by them as a

Certified Fire Investigator

David R. Sneed, IAAI-CFI
President

R. Kirk Hankins, IAAI-CFI
Chairman Certification Committee

Certificate No.: 11-011
Expires: 10/1/08



OFFICES OF THE ATTORNEY GENERAL

One South Calvert Building, Baltimore, Maryland 21202

STEPHEN H. SACHS
*Attorney General*

(301) 659-4000

TTY for Deaf
Balto Area 383-7555
D.C. Metro 565-0451

April 20, 1981

Mr. Richard T. Chance
2607 Seacliff Circle
Richmond, VA 23235

Dear Mr. Chance:

I have reviewed the reports from Assistant Attorneys General Emory Plitt and Alan Lipson concerning any licensing requirements in your capacity as a fire analyst consultant.

On the basis of the job description you provided, it does not appear that you are required to be licensed as a private detective or a public adjuster.

A person is required by Article 56, Section 76 of the Maryland Code to obtain a license before conducting a private detective business. However, Section 75 defines a private detective business and specifically exempts an independent insurance adjuster from the licensing requirement. I have enclosed a copy of Section 75 for your information.

Regarding your need to be licensed as a public adjuster, I have enclosed Article 48A, Section 181.

Sincerely,

Stephen H. Sachs

SHS:mlf

# National Board on Fire Service
## Professional Qualifications

It is hereby confirmed that

### Richard T. Chance

having been examined by an accredited agency in the
National Professional Qualifications System is certified as

### FIRE INVESTIGATOR

NFPA 1033





Secretary to the Board

Chairman of the Board

Certificate # 50322

# THE SANFORD HOLSHOUSER LAW FIRM
PLLC

ONE EXCHANGE PLAZA
219 FAYETTEVILLE STREET
SUITE 1000
**RALEIGH, NORTH CAROLINA 27601**

SENATOR TERRY SANFORD (1917-1998)
GOVERNOR JAMES E. HOLSHOUSER, JR.

WASHINGTON OFFICE
SUITE 470
901 15TH STREET N.W.
WASHINGTON, D.C. 20005
TELEPHONE 202/371-6070
FACSIMILE 202/371-6279

MAILING ADDRESS:
POST OFFICE BOX 2447
RALEIGH, NORTH CAROLINA 27602

TELEPHONE 919/755-1800
FACSIMILE 919/829-0272

To Whom it May Concern:

I am most pleased to provide a reference for Richard T. Chance of Richard T. Chance & Associates, Inc., Midlothian ,Virginia. I have known Richard Chance for approximately eight years and have worked closely with him in suspicious fire cases and complicated insurance fraud cases. I find Mr. Chance to be a highly-ethical, technically-proficient and exceedingly competent and capable investigator.

My experience with Richard Chance has been extremely positive. I find Mr. Chance to be responsive and his reports very thorough. He carries out his investigations in a timely manner. He always demeans himself in the highest ethical manner and often uses creativity and ingenuity to achieve results in cases that other investigators would abandon.

If I can provide you with additional information regarding Richard T. Chance and my experiences in dealing with him as an expert investigator and fraud specialist, please advise.

Sincerely,

Kieran J. Shanahan

KJS/tfm

# Office of the Sheriff

**RICHARD H. WORCH, JR.**
SHERIFF OF CHARLOTTE COUNTY

25500 AIRPORT ROAD
PUNTA GORDA, FLORIDA 33950
(941) 639-2101

TO WHOM IT MAY CONCERN:

I have had the pleasure to work with Mr. Richard T. Chance in reference to an on-going criminal investigation that occurred in the State of Virginia.

Mr. Chance came to Charlotte County, Florida in reference to this investigation and with my assistance, he was able to obtain a confession of a very serious arson which occurred in Virginia from a suspect William Lee England. I found Mr. Chance to be very professional and well versed in the criminal laws.

Mr. Chance showed total knowledge and professionalism in dealing with this case.

Sincerely,

Detective Ken Dudding
Major Crimes Unit

/s

# First Specialty Insurance Corporation

**Policy Number**
**FGL107003046600**

Renewal of Number
CI2901014-3

## COMMON POLICY DECLARATIONS

Administrative Address: 5200 Metcalf, Overland Park, KS 66201
Domiciliary Address: 237 East High Street, Jefferson City, MO 65102

**Item 1.**   Named Insured and Mailing Address

RICHARD T. CHANCE &
ASSOCIATES, INC.
13530 ORCHID DRIVE
CHESTERFIELD VA 23832

Agent Name and Address

COSTANZA INSURANCE AGENCY, INC.
9101 LBJ FREEWAY
SUITE 150
DALLAS TX 75243

Agent No.   132110

**Item 2.**   Policy Period    From:   11-20-2005   To:   11-20-2006
at 12:01 A.M., Standard Time at your mailing address shown above.

**Item 3.**   Business Description:   PRIVATE INVESTIGATIONS
Form of Business:   CORPORATION

**Item 4.**   In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.    $1,000,000.00

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial Property Coverage Part | NOT COVERED |
| Commercial General Liability Coverage Part | $ |
| Commercial Crime Coverage Part | |
| Commercial Inland Marine Coverage Part | NOT COVERED |
| Commercial Auto (Business or Truckers) Coverage Part | NOT COVERED |
| Commercial Garage Coverage Part | NOT COVERED |
| | NOT COVERED |

Total Policy Premium   $

Minimum Premium $     Minimum Earned Premium   25%

Surplus Lines Taxes and Fees     $

**Item 5.**   Forms and Endorsements
Form(s) and Endorsement(s) made a part of this policy at time of issue:

See Schedule of Forms and Endorsements

Countersigned:

# Commonwealth of Virginia

## Department of Criminal Justice Services

### Certificate of Private Security Training

This is to certify that

**Richard Chance**

has successfully completed

**Compliance Agent Inservice**

February 29, 2008
Expires

_Burton J. Walker_
School Director



# National Board on Fire Service
# Professional Qualifications

*It is hereby confirmed that*

## Richard T. Chance

*having been examined by an accredited agency in the
National Professional Qualifications System is certified as*

### FIRE INVESTIGATOR

NFPA 1033



Secretary to the Board

Chairman of the Board

Certificate # 50322

# International Association of Arson Investigators, Inc.

## CERTIFIED FIRE INVESTIGATOR

### Hereby Certifies That

# Richard T. Chance, IAAI-CFI

Has successfully demonstrated the ability to meet the standards for certification in the Certified Fire Investigators Program and is hereby recognized by them as a Certified Fire Investigator

David R. Sneed, IAAI-CFI
President

R. Kirk Hankins, IAAI-CFI
Chairman Certification Committee

Certificate No.: 11-011
Expires: 10/1/08

# THE SANFORD HOLSHOUSER LAW FIRM

PLLC

SENATOR TERRY SANFORD (1917-1998)
GOVERNOR JAMES E. HOLSHOUSER, JR.

ONE EXCHANGE PLAZA
219 FAYETTEVILLE STREET
SUITE 1000
RALEIGH, NORTH CAROLINA 27601

WASHINGTON OFFICE
SUITE 470
901 15TH STREET N.W.
WASHINGTON, D.C. 20005
TELEPHONE 202/371-6670
FACSIMILE 202/371-6279

MAILING ADDRESS:
POST OFFICE BOX 2447
RALEIGH, NORTH CAROLINA 27602

TELEPHONE 919/755-1800
FACSIMILE 919/829-0272

To Whom it May Concern:

I am most pleased to provide a reference for Richard T. Chance of Richard T. Chance & Associates, Inc., Midlothian ,Virginia. I have known Richard Chance for approximately eight years and have worked closely with him in suspicious fire cases and complicated insurance fraud cases. I find Mr. Chance to be a highly-ethical, technically-proficient and exceedingly competent and capable investigator.

My experience with Richard Chance has been extremely positive. I find Mr. Chance to be responsive and his reports very thorough. He carries out his investigations in a timely manner. He always demeans himself in the highest ethical manner and often uses creativity and ingenuity to achieve results in cases that other investigators would abandon.

If I can provide you with additional information regarding Richard T. Chance and my experiences in dealing with him as an expert investigator and fraud specialist, please advise.

Sincerely,

Kieran J. Shanahan

KJS/tfm



OFFICES OF THE ATTORNEY GENERAL

One South Calvert Building Baltimore, Maryland 21202

STEPHEN H. SACHS
Attorney General

(301) 659-4000

TTY for Deaf
Balto Area 383-7555
D.C. Metro 565-0451

April 20, 1981

Mr. Richard T. Chance
2607 Seacliff Circle
Richmond, VA 23235

Dear Mr. Chance:

I have reviewed the reports from Assistant Attorneys General Emory Plitt and Alan Lipson concerning any licensing requirements in your capacity as a fire analyst consultant.

On the basis of the job description you provided, it does not appear that you are required to be licensed as a private detective or a public adjuster.

A person is required by Article 56, Section 76 of the Maryland Code to obtain a license before conducting a private detective business. However, Section 75 defines a private detective business and specifically exempts an independent insurance adjuster from the licensing requirement. I have enclosed a copy of Section 75 for your information.

Regarding your need to be licensed as a public adjuster, I have enclosed Article 48A, Section 181.

Sincerely,

Stephen H. Sachs

SHS:mlf

# Office of the Sheriff

**RICHARD H. WORCH, JR.**
SHERIFF OF CHARLOTTE COUNTY

25500 AIRPORT ROAD
PUNTA GORDA, FLORIDA 33950
(941) 639-2101

TO WHOM IT MAY CONCERN:

I have had the pleasure to work with Mr. Richard T. Chance in reference to an on-going criminal investigation that occurred in the State of Virginia.

Mr. Chance came to Charlotte County, Florida in reference to this investigation and with my assistance, he was able to obtain a confession of a very serious arson which occurred in Virginia from a suspect William Lee England. I found Mr. Chance to be very professional and well versed in the criminal laws.

Mr. Chance showed total knowledge and professionalism in dealing with this case.

Sincerely,

Detective Ken Dudding
Major Crimes Unit

/s

# First Specialty Insurance Corporation

**Policy Number**
**FGL107003046600**

Renewal of Number
CI2901014-3

## COMMON POLICY DECLARATIONS

Administrative Address: 5200 Metcalf, Overland Park, KS 66201
Domiciliary Address: 237 East High Street, Jefferson City, MO 65102

| Item 1. | Named Insured and Mailing Address | Agent Name and Address |
|---|---|---|
| | RICHARD T. CHANCE & ASSOCIATES, INC. 13530 ORCHID DRIVE CHESTERFIELD VA 23832 | COSTANZA INSURANCE AGENCY, INC. 9101 LBJ FREEWAY SUITE 150 DALLAS TX 75243 Agent No. 132110 |

| Item 2. | Policy Period | From: 11-20-2005 To: 11-20-2006 |
|---|---|---|
| | | at 12:01 A.M., Standard Time at your mailing address shown above. |

Item 3.   Business Description: PRIVATE INVESTIGATIONS
          Form of Business:   CORPORATION                    $1,000,000.00

Item 4.   In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial Property Coverage Part | NOT COVERED |
| Commercial General Liability Coverage Part | $ |
| Commercial Crime Coverage Part | NOT COVERED |
| Commercial Inland Marine Coverage Part | NOT COVERED |
| Commercial Auto (Business or Truckers) Coverage Part | NOT COVERED |
| Commercial Garage Coverage Part | NOT COVERED |
| | |
| | |
| | |
| | |

| | Total Policy Premium $ |
|---|---|
| Minimum Premium $ | Minimum Earned Premium   25% |
| Surplus Lines Taxes and Fees | $ |

Item 5.   Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

          See Schedule of Forms and Endorsements

Countersigned: