IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Federal Insurance Company as subrogee of Denise Washington
Plaintiff(s)

Case Number: 1:06 CV 00157
Judge Paul L. Friedman

vs

Timothy Olawuni, et al
Defendant(s)

## AFFIDAVIT OF LORENZO KENERSON

I, Lorenzo Kenerson, being more than twenty-one years of age, do hereby make oath and state as follows:

1. I am a private process server and have been employed by Washington Pre-Trial Services, Inc., 2000 Massachusetts Avenue NW, Washington, DC 20036 since June, 1997. Including this tenure, I have been a professional process server for approximately eleven years.

2. I have personal knowledge of the facts set forth in this affidavit.

3. On or about February 3, 2006, I was assigned to serve a Summons and Complaint upon **Florence Olajide** in the above styled action.

4. Service was initially attempted on Defendant on or about 2/7/2006 at 7838-C Eastern Avenue NW, Washington, DC 20012 (address on summons) at which time it was determined that Defendant was not located at this address.

5. A skip-trace performed by my office on 2/7/2006 revealed an address for service at 711 Seek Lane, Takoma Park, MD 20912.

6. On 2/13/06 at 9:45 pm, I personally served Defendant Florence Olajide with the summons and complaint in the above described action at 711 Seek Lane, Takoma Park, MD 20912. She confirmed her identity to me at this time and is described as a Black female, black hair, brown eyes, approximately 5'8" tall, 185 pounds, and 45 years of age.

7. At the time of service, Defendant asked me "what the suit was about" and I told her that she would need to contact the attorney. She then asked how I got the address and I told her that my office had performed a skip-trace.

8. At this time, co-defendant Timothy Olawuni said, "What is this sh##", and Defendant Florence Olajide said, "I'll explain it to him."

9. I then left the premises.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: June 26, 2006

_____
LORENZO KENERSON
Washington Pre-Trial Services, Inc.

NOTARY

Sworn and subscribed before me
on June 26, 2006
_____(seal)
Kirk A. Hornbeck
Notary Public: District of Columbia
My Commission Expires 10/31/09