# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

<u>Federal Insurance Company as subrogee of Denise Washington</u>
Plaintiff(s)

        Case Number: <u>1:06 CV 00157</u>
        Judge Paul L. Friedman

vs

<u>Timothy Olawuni, et al</u>
Defendant(s)

## AFFIDAVIT OF LORENZO KENERSON

I, Lorenzo Kenerson, being more than twenty-one years of age, do hereby make oath and state as follows:

1. I am a private process server and have been employed by Washington Pre-Trial Services, Inc., 2000 Massachusetts Avenue NW, Washington, DC 20036 since June, 1997. Including this tenure, I have been a professional process server for approximately eleven years.

2. I have personal knowledge of the facts set forth in this affidavit.

3. On or about February 3, 2006, I was assigned to serve a Summons and Complaint upon **Timothy Olawuni (aka Timothy Adeyemi aka Timothy J. Olawuni aka Timothy D. Olawuni aka Timothy O. Olawuni) Individually and as Registered Agent for Tim & Flo Realty/Construction Firm, LLC** (Olawuni) in the above styled action.

4. Service was initially attempted on Defendant Olawuni on or about 2/7/2006 at 5614 5th Street NW, Washington, DC 20011 (one address on the summons and the address of record for the LLC at District of Columbia Corporations Division) at which time it was determined that this domicile was occupied by an Hispanic family who stated that they were renting the property. District of Columbia land records indicate that this address is owned by Timothy Olawuni where he is not receiving the Homestead Deduction.

5. Service was next attempted on or about 2/7/2006 at 24 Kennedy Street NW, Washington, DC 20011 (another address on summons) at which time it was determined that this address is the Triumphant Christian Church. There was a building permit issued to Defendant posted on the door.

6. A skip-trace performed by my office on 2/7/2006 revealed an address for service at 711 Seek Lane, Takoma Park, MD 20912. The Maryland Department of Assessments and Taxation report that his property is titled to Timothy Olawuni and is reported as his principal residence.

7. On 2/13/06 at 9:40 pm, I personally served Defendant Timothy Olawuni individually and as Resident Agent for Tim & Flo Realty/Construction Firm, LLC with the summons and complaint in the above described action at 711 Seek Lane, Takoma Park, MD 20912. He confirmed his identity to me at this time and is described as a Black male, black hair, brown eyes, approximately 5'9" tall, 225+ pounds, and 46 years of age.

8. Shortly thereafter, Defendant Olawuni said, "What is this sh##", and co-defendant Florence Olajide said, "I'll explain it to him."

9. I then left the premises.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: June 26, 2006

LORENZO KENERSON
Washington Pre-Trial Services, Inc.


NOTARY

Sworn and subscribed before me
on June 26, 2006

_____(seal)
Kirk A. Hornbeck
Notary Public: District of Columbia
My Commission Expires 10/31/09