UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | |
| TIMOTHY OLAWUNI, et.al. | * | Case NO. 1:06CV00157 |
| Defendant. | * | Judge Paul L. Friedman |

## VERIFIED ANSWER OF DEFENDANTS TIMOTHY OLAWUNI FLORENCE OLAJIDE AND TIM & FLO REALTY/CONSTRUCTION FIRM, LLC

Defendants TIMOTHY OLAWUNI, FLORENCE OLAJIDE AND TIM & FLO REALTY/CONSTRUCTION FIRM, LLC ("Defendants"), by their attorneys, MONN, LLC and MaryRose Ozee Nwadike, answer the Complaint herein as follows:

1. Defendants state that they lack knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 1 of the Complaint.

2. Defendants state that they lack knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 2 of the Complaint.

3. Defendant Timothy Olawuni denies the allegations contained in the first sentemce of Paragraph 3 of the Complaint regarding numerous aliases . Defendants admit the other allegations contained in paragraph 3 of the Complaint.

4. Defendants admit the allegations contained in Paragraph 4 of the Complaint.

5. Defendant Tim & Flo Realty/Construction Firm LLC admits that it is incorporated in the District of Columbia and that it has its principal place of business in Washington, D.C.

6. Defendants state that they lack knowledge or information sufficient to form a

Defendant state that this is a demand for relief and respond that the Plaintiff is not entitled to any relief requested therein.

## DEFENSES

Defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC state the following defenses to the Complaint:

1. Defendants generally deny liability.

2. The claims set forth in the Complaint are barred by the applicable statute of limitations

3. The claims set forth in the Complaint are barred by the statute of frauds.

4. The Plaintiff assumed the risk of some or all of the injuries or damages allegedly sustained.

5. The Plaintiff was contributorily negligent causing in whole or in part the injuries or damages allegedly sustained.

6. Collateral estoppel bars the Plaintiff from recovering the value of any alleged damages in excess of actual value.

7. The claims set forth in the Complaint are barred by the doctrine of laches

8. The claims set forth in the Complaint are barred by the doctrine of equitable estoppel.

10. Others negligent or wrongful acts or omissions constituted intervening or superseding causes of all damages or injuries allegedly sustained.

12. To the extent that the Plaintiff was injured or damaged as alleged in the Complaint, such injuries or damages were exacerbated by the Plaintiff's failure to mitigate such injuries or damages.

13. The claims set forth in the Complaint are barred by the doctrine of fraud.

belief as to the allegations contained in Paragraph 6 of the Complaint.

7. Defendants state that they lack knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 7 of the Complaint.

8. Defendants deny the allegations contained in Paragraph 8 of the Complaint.

9. Defendants deny the allegations contained in Paragraph 9 of the Complaint.

10. Defendants deny the allegations contained in Paragraph 10 of the Complaint.

## AS TO COUNT I NEGLIGENCE

11. In response to Paragraph 11 of the Complaint, Defendant repeat and reallege their responses to Paragraphs 1 through 10 of the Complaint with the same force and effect as if fully set forth herein.

12. Defendants deny the allegations contained in Paragraph 12 of the Complaint.

13. Defendants deny the allegations contained in Paragraph 13 of the Complaint.

In response to the unnumbered Paragraph following Paragraph 13 of the Complaint, Defendants state that this is a demand for relief and respond that the Plaintiff is not entitled to any relief requested therein.

14. In response to Paragraph 14 of the Complaint, Defendants repeat and reallege their responses to Paragraphs 1 through 13 of the Complaint with the same force and effect as if fully set forth herein.

## AS TO COUNT II NUISANCE

15. Defendants deny the allegations contained in Paragraph 15 of the Complaint.

16. Defendants deny the allegations contained in Paragraph 16 of the Complaint.

17. Defendants deny the allegations contained in Paragraph 17 of the Complaint.

In response to the unnumbered Paragraph following Paragraph 17 of the Complaint,

14. The Plaintiff has failed to join one or more parties required to be joined pursuant to Federal Rules of Procedure.

WHEREFORE, Defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC demand judgment dismissing the Complaint herein together with awarding Defendants their costs in this action.

Dated: June ___14___, 2006.

Respectfully submitted,

MaryRose Ozee Nwadike, Esquire
D.C. Bar # 455695
7408 Georgia Avenue, NW, Suite 600
Silver Spring, Maryland 20910

(301) 565-2424

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June ___14___, 2006, she caused the forgoing Verified Answer of Defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC to be served by first-class mall, postage pre-paid, upon:

Eric N. Stravitz, Esquire
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, Suite 200
Washington, D.C. 20036
Counsel for Plaintiff Federal Ins. Co. a/s/o Denise Washington

MaryRose Ozee Nwadike, Esquire