UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0157 (PLF) |
| TIMOTHY OLAWUNI, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

This matter is before the Court on the motion of defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC to vacate the Clerk's entry of default against them on April 10, 2006.

The federal courts strongly favor resolution of cases on the merits over default judgment. See Whelan v. Abell, 48 F.3d 1247, 1258 (D.C. Cir. 1995). Rule 55(c) of the Federal Rules of Civil Procedure allows the Court to set aside a default "for good cause shown." FED.R.CIV.P. 55(c). Although defendants do not appear to have been particularly diligent in their defense of this case, default judgment is generally reserved for cases where defendants are "essentially unresponsive." Jackson v. Beech, 636 F.2d 831, 836. Plaintiffs also have not shown

that they would be prejudiced if the Court were to set aside the default.  See id.[1]  The Court therefore finds good cause to vacate the entry of default.[2]  Accordingly, it is hereby

ORDERED that [14] defendants' motion to vacate the entry of default is GRANTED; it is

FURTHER ORDERED that the Clerk's April 10, 2006 entry of default against defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC is VACATED; and it is

FURTHER ORDERED that a meet and confer status conference is scheduled in this case for August 10, 2006 at 9:30 a.m.  The parties shall file a Joint Report pursuant to Local Civil Rule 16.3 on or before August 4, 2006.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 25, 2006

---

[1] The Court notes that, although default was entered more than three months ago, plaintiffs still have not filed a motion for default judgment.

[2] The Clerk entered default against a fourth defendant, Pedro L. Rodriguez, on June 28, 2006.  As Mr. Rodriguez has filed no motion to vacate the default against him, that default will not be vacated.