UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **TIMOTHY OLAWUNI, et.al.** | * | **Case NO. 1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | Next Event: Status Conference 08/10/06 |
| | * | |

## CONSENT MOTION FOR CONTINUANCE

COMES NOW the Defendants, Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC., by and through counsel, MaryRose Ozee Nwadike, and hereby move this Honorable Court to continue the Status Conference of August 10, 2006, to August 18, 2006 at 09:30 a.m, for the reasons more fully stated in the attached memorandum of points and Authorities. Wherefore, Defendants request that this Court enter an Order continuing the said hearing conference to August 18, 2006.

Respectfully submitted,

/s/

MaryRose Ozee Nwadike, Esquire
Bar Number 455695
8701 Georgia Avenue, Suite 600
Silver Spring, MD  20910
(301) 565-2424

Counsel for Defendants

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on this 9th day of August , 2006, a true copy of the foregoing Motion for Continuance was sent by facsimile and first class Mail, postage prepaid to:

>Matthew F. Noone, Esquire
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA 19103
>
>Attorney for Plaintiff

_____/s/_____
Maryrose Ozee Nwadike, Esquire

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(m) of the United States District Court for the District of Columbia, counsel for the Defendants hereby certify that this motion will not be opposed by the Plaintiff's counsel. Defense Counsel contacted Plaintiff's Counsel by telephone and obtained his consent to the filing of this motion.

                                                                     /s/
                                              MaryRose Ozee Nwadike, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY** * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | |
| * | |
| **TIMOTHY OLAWUNI, et.al.** * | Case NO.  1:06CV00157 |
| * | Judge Paul L. Friedman |
| Defendant. * | Next Event: Status Conference 08/10/06 |
| * | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR CONTINUANCE

COMES NOW the Defendants, Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC., by their undersigned counsel, and hereby submit the following Memorandum of Points and Authorities in support of their Motion to Continue the Status conference in the above captioned matter from August 10, 2006 to August 18, 2006, at 09:30 a.m.

1. This matter is before the Court on Plaintiff Federal Insurance Company's complaint for negligence and nuisance filed, on January 30, 2006 under 28 U.S.C. § 1332.

2. Defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC. are desirous to proceed with this case, but the undersigned counsel is unable to appear for the Status Conference on August 10, 2006 as set.

3. The undersigned defense counsel is scheduled to appear before the United States Immigration Court in the Removal Proceedings of *Relindis B. Tanya Afuemebe*,   Alien File Number: A96 351 470.

4. Defense counsel  contacted the Plaintiff's counsel's office's to obtained counsel's

consent to the continuance of the said hearing and the request was granted. Additionally, undersigned counsel also contacted the Court and was given the dates August 17, 2006 at 9:00 a.m., and August 18, 2006, at 09:30 a.m., as available dates for to continue the status conference.

4. This is the Defendants' first request for continuance.

WHEREFORE, with the consent of the Plaintiff's counsel, Defendants request that this honorable Court continue the status conference in the above captioned matter to August 18, 2006, at 09:30 a.m.

Respectfully submitted,

/s/
_____
MaryRose Ozee Nwadike, Esquire
8701 Georgia Avenue, Ste. 600
Silver Spring, MD 20910
(301) 565-2424

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **TIMOTHY OLAWUNI, et.al.** | * | **Case NO. 1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | Next Event: Status Conference 08/10/06 |
| | * | |

**ORDER**

_____Upon consideration of the foregoing Defendants' Consent Motion for Continuance, any opposition thereto, it is this ___ day of _____, 2006, by the United States District Court for the District of Columbia,

ORDERED, that Defendants' Motion for Continuance be and is hereby GRANTED, and it is further

ORDERED that the Status Conference in the above captioned matter is continued until August 18, 2006, at 09:30 a.m.

                                                            _____
                                                            PAUL L. FRIEDMAN
                                                            U.S. DISTRICT JUDGE

ENTERED this _____ day of _____, 2006.

cc:

  MaryRose Ozee Nwadike, Esquire
  8701 Georgia Avenue, Suite 600
  Silver Spring, MD  20910

Matthew F. Noone, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103