UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **TIMOTHY OLAWUNI, et.al.** | * | **Case NO. 1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | |
| | * | |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on this 31st day of October 2006, I mailed, postage prepaid a copy of Defendants' Interrogatories and Request for Production of Documents to Matthew Noone, Esquire, Attorney for Plaintiff Federal Insurance Company. I will retain the original of these documents in my possession, without alterations, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully Submitted,

/s/

MaryRose Ozee Nwadike, Esquire
DC Bar No. 455695
8701 Georgia Avenue, Suite 600
Silver Spring, MD  20910
(301) 565-2424
Counsel for Defendants

1