UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE CO., ) | FILED |
| ) | NOV - 3 2006 |
| Plaintiff, ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| v. ) | Civil Action No. 06-0157 (PLF) |
| ) | |
| TIMOTHY OLAWUNI, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Defendants' counsel recently filed with the Court a "Certificate Regarding Discovery." As the Federal and Local Rules make clear, however, discovery material is not to be filed with the Court unless so ordered. See FED. R. CIV. P. 26(a)(4); LCvR 5.2(a). Accordingly, it is hereby

ORDERED that plaintiff shall cease filing discovery with the Court.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/3/06