UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FEDERAL INSURANCE COMPANY**

    Plaintiff

v.

**TIMOTHY OLAWUNI, et. al.**

    Defendant.

Case NO. 1:06CV00157
Judge Paul L. Friedman

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

The plaintiff, by its undersigned counsel, submits the following Motion for Leave to Amend the Complaint and in support thereof avers as follows:

1. The plaintiff's Complaint in this action was filed on January 30, 2006.

2. The complaint incorrectly named defendant Pedro Rodriguez as a worker involved in the construction at the time of the collapse. Discovery has revealed that this person's correct name was Pedro Madrano, a/k/a Pedro Medrano.

3. The original complaint also alleged that Mr. Timothy Olawuni and Mr. Timothy Adeyemi were one and the same person. Mr. Timothy Olawuni has testified in a deposition in a different matter that they are, in fact, cousins. According to public records, Mr. Adeyemi is the owner of record of the property located at 1427 5th Street, NW, Washington, DC, the property that caused the collapse of Denise Washington's common wall. The plaintiff still believes that these persons are, in fact, one and the same. Mr. Olawuni also testified that he has been granted power of attorney by Mr. Adeyemi to conduct Mr. Adeyemi's business affairs, including affairs relating to the property that is the subject of this lawsuit. Therefore, Mr. Olawuni may accept service of process the complaint filed against Mr. Adeyemi.

2

4. Federal Rule of Civil Procedure 15 provides for the amendment of pleadings. It provides that leave shall be freely given when justice so requires.

5. The plaintiff's first amended complaint simply substitutes the proper legal name for defendant Pedro Madrano, and it also names as a separate defendant Timothy Adeyemi, consistent with the sworn deposition testimony Mr. Timothhy Olawuni gave in a related matter. It is important that Mr. Adeyemi be named as a defendant because he is the record owner of the property at 1427 5th Street, NW, in the event plaintiff needs to pursue the property itself in satisfaction of any judgment it might obtain.

6. The present defendants in the lawsuit will not suffer any prejudice as a result of the amendment of the complaint to reflect the proper parties. The plaintiff on the other hand will be greatly prejudiced if the amendment is not allowed because the proper parties were not named in the first complaint.

WHEREFORE, the plaintiff requests leave of court to file the attached first amended complaint.

Respectfully submitted,

　/s/Matthew F. Noone　
MATTHEW F. NOONE (Admitted Pro Hac Vice)
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2192
(215) 701-2192  fax
mnoone@cozen.com

and

　/s/Eric N. Stravitz　
Eric N. Stravitz  (D.C. Bar #438093)
2000 Massachusetts Avenue
Suite 200

3

Washington, DC 20036
(202) 463-0303
(202) 861-8858 fax
strav@erols.com

Counsel for Plaintiff Federal Ins. Co.
a/s/o Denise Washington