### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FEDERAL INSURANCE COMPANY**

      Plaintiff

v.

**TIMOTHY OLAWUNI, et. al.**

      Defendant.

**Case NO. 1:06CV00157**
Judge Paul L. Friedman

PROPOSED ORDER

      AND NOW, this      day of      ,    , upon consideration of Plaintiff's

Motion for Leave to Amend the Complaint, and any response thereto, IT IS HEREBY

ORDERED THAT said motion is **GRANTED.**

      BY ORDER OF THE COURT

_____