## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **TIMOTHY OLAWUNI, et.al.** | * | **Case NO.  1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | Next Event: Deadline to Amend Pleadings |

| | | |
|---|---|---|
| **TIMOTHY OLAWUNI, et. al.** | * | |
| | * | |
| Defendant/Third Party Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **ALEA LONDON LIMITED** | * | |
| % LEBOEUF LAMBE GREENE | * | |
|    & MACREA, LLP | * | |
| 125 West 55th Street | * | |
| New York, NY 10019-5389 | * | |
| | * | |
| Third Party Defendant | * | |
| | * | |

## CONSENT MOTION TO ADD NECESSARY DEFENDANT

Defendants, Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC., by and through counsel, MaryRose Ozee Nwadike, hereby move this Honorable Court pursuant to FRCP 19, to enter an order joining Alea London Limited as a party defendant in the above action for the reasons more fully stated in the attached Memorandum of Points and Authorities. Wherefore, Defendants request that Alea London Limited be joined as a necessary defendant in this matter.

Respectfully submitted,


/s/
_____

MaryRose Ozee Nwadike, Esquire
Bar Number 455695
8701 Georgia Avenue, Suite 600
Silver Spring, MD  20910
(301) 565-2424

Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY** that on this $\underline{29^{th}}$ day of December, 2006, a true copy of the foregoing Motion to add necessary defendant was sent by first class Mail, postage prepaid to:

Matthew F. Noone, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Attorney for Plaintiff

_____ /s/
Maryrose Ozee Nwadike, Esquire

_____

## **CERTIFICATE OF GOOD FAITH**

Pursuant to Local Rule 7.1(m) of the United States District Court for the District of

Columbia, counsel for the Defendants hereby certify that this motion will not be opposed by the

Plaintiff's counsel. Defense Counsel contacted Plaintiff's Counsel by telephone and obtained his

consent to the filing of this motion.

/s/
MaryRose Ozee Nwadike, Esquire

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **TIMOTHY OLAWUNI, et.al.** | * | **Case NO.  1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | Next Event: Deadline to Amend Pleadings |

_____

| | |
|---|---|
| **TIMOTHY OLAWUNI, et. al.** | * |
| | * |
| Defendant/Third Party Plaintiff | * |
| | * |
| v. | * |
| | * |
| **ALEA LONDON LIMITED** | * |
| % LEBOEUF LAMBE GREENE | * |
| & MACREA, LLP | * |
| 125 West 55th Street | * |
| New York, NY 10019-5389 | * |
| | * |
| Third Party Defendant | * |
| | * |

_____

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO ADD NECESSARY DEFENDANT

COMES NOW the Defendants, Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC., by their undersigned counsel, and hereby submit the following Memorandum of Points and Authorities in support of their Motion to add the name of Alea London Limited as a party defendant necessary for the just and proper adjudication of the above captioned matter.

1.      This matter is before the Court on Plaintiff Federal Insurance Company's

complaint for negligence and nuisance filed, on January 30, 2006 under 28 U.S.C. § 1332.

2.    The lawsuit failed to add or omitted the name of Alea London Limited, Defendants' liability insurer and indeed an essential party in the lawsuit.

3.    Defendants purchased a general liability insurance policy from Alea London Limited. The sole purpose of the said liability protection coverage was to indemnify the Defendants in the event that they are found to be liable for damages to third parties such as the plaintiff herein.  The Defendants are entitled to an adjustment of loss and possible indemnification from Alea London Limited, in that the damages claimed by the Plaintiff herein are within the ambit of that coverage.

4.    Alea London Limited, through its adjusters, JOHN EASTERN COMPANY, INC., has refused to either adjust, defend or participate in this lawsuit voluntarily.

5.    Furthermore, Alea London Limited has not made any determination on liability in this case leaving the defendant no choice but to bring the insurer in as a party defendant.

6.    Defendants believe that the case will not be litigated fully without the insurer being joined as a party defendant in this lawsuit.

7.    Defense counsel sought consent to this Motion to Add Necessary Defendant from the Plaintiff and consent was granted. Therefore, it is reasonably ascertained that the Plaintiff's counsel will not oppose this Motion.

WHEREFORE, the Defendants request that this honorable Court enter an Order joining Alea London Limited as a necessary party in the above captioned matter.

Respectfully submitted,

/s/

_____

MaryRose Ozee Nwadike, Esquire
8701 Georgia Avenue, Ste. 600
Silver Spring, MD  20910
(301) 565-2424

Attorney for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **TIMOTHY OLAWUNI, et.al.** | * | **Case NO.  1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | Next Event: Deadline to Amend Pleadings |

| | |
|---|---|
| **TIMOTHY OLAWUNI, et. al.** | * |
| | * |
| Defendant/Third Party Plaintiff | * |
| | * |
| v. | * |
| | * |
| **ALEA LONDON LIMITED** | * |
| % LEBOEUF LAMBE GREENE | * |
|     & MACREA, LLP | * |
| 125 West 55th Street | * |
| New York, NY 10019-5389 | * |
| | * |
| Third Party Defendant | * |
| | * |

## ORDER

_____UPON CONSIDERATION OF the foregoing Defendants' Motion to add Alea London

Limited as a necessary party to this lawsuit and any opposition thereto, it is this ___ day of _____

____, 20__, by the United States District Court for the District of Columbia,

ORDERED, that Defendants' Motion be and is hereby GRANTED, and it is further

ORDERED that Alea London Limited is hereby made a party defendant in the above

action and that the name Alea London Limited is added to the Caption of this case as a party

defendant, and it is further

8

ORDERED that the Clerk of this Court shall issue Summons against Defendant Alea

London Limited in accordance with this Order.


_____
PAUL L. FRIEDMAN
U.S. DISTRICT JUDGE

ENTERED this _____ day of _____, 20___.

cc:

    MaryRose Ozee Nwadike, Esquire
    8701 Georgia Avenue, Suite 600
    Silver Spring, MD  20910

    Matthew F. Noone, Esquire
    COZEN O'CONNOR
    1900 Market Street
    Philadelphia, PA 19103