| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| September 3, 2004 | 330.320.04 | NEW |

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF CERTIFICATE/COVER NOTE PROVISIONS

| ITEM | | CERTIFICATE / POLICY NUMBER: **ALTE003493** |
|---|---|---|
| 1 | **Name of Assured**<br>TIM & FLO REALTY/CONSTRUCTION FIRM<br><br>5614 5TH STREET, NE<br>WASHINGTON, DC 20011<br><br>EQUITABLE INSURANCE AGENCY INC<br>4710 AUTH PLACE, STE. 685<br><br>CAMP SPRINGS, MD 20746 | THIS POLICY IS ISSUED BY AN INSURANCE COMPANY WHICH IS NOT LICENCED IN THE DISTRICT OF COLUMBIA. IN CASE OF INSOLVENCY OF THIS COMPANY, CLAIMS WILL NOT BE COVERED UNDER THE DISTRICT OF COLUMBIA INSURANCE GUARANTY ASSOCIATION ACT. |
| 2 | Effective From 12:01am Both Days at Standard Time: August 23, 2004 TO August 23, 2005 | |

| | | NAME OF INSURERS | AMOUNT OR PERCENT | |
|---|---|---|---|---|
| 3 | Acting upon your instruction, we have effected the insurance with: | **ALEA LONDON LIMITED** | 100% | APRBU |

| | LIMIT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|---|
| 4 | $1,000,000 | COMMERCIAL GENERAL LIABILITY | SEE CL150 | $750.00 |
| | | | TOTAL BASE | $750.00 |

| | SPECIAL CONDITIONS | | |
|---|---|---|---|
| 5 | IL0017 (11-85), IL0021(11-85), TAPCO1998, MOLD EXCL (10-01), CL150 | TERRORISM PREMIUM<br>POLICY FEE $100.00<br>INSPECTION<br>TAX $15.00<br>TOTAL $865.00 | |

| 6 | | | |
|---|---|---|---|

In witness whereof this covernote has been signed at BURLINGTON, NC this 3 day of September, 2004    TAPCO UNDERWRITERS, INC

TAMMYT    DC

Original    by _[signature]_

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

Policy No. ALTE008540         Effective Date August 23, 2005
                                            12:01 A.M., Standard Time

Named Insured  TIM & FLO REALTY/ CONSTRUCTION     Agent No. 4500285

| Item 1. Limits of Insurance | | |
|---|---|---|
| Coverage | Limit of Liability | |
| Aggregate Limits of Liability | $ $2,000,000 | General Aggregate (other than Products/Completed Operations) |
| | $ 1,000,000 | Products/Completed Operations Aggregate |
| Coverage B - Personal and Advertising Injury Limit | $ 1,000,000 | Personal and Advertising Injury Limit |
| Coverage A - Bodily Injury and Property Damage Liability | $ 1,000,000 | Each Occurrence Limit |
| Damage to Premises Rented to You Limit | $ 50,000 | Fire Damage Limit |
| Coverage C - Medical Payments | $ 5,000 | Medical Expense Limit |

Item 2. Description of Business
Form of Business:

- [ ] Individual  [ ] Partnership  [X] Joint Venture  [ ] Trust  [ ] Limited Liability Company
- [ ] Organization including a corporation (other than Partnership, Joint Venture or Limited Liability Company)

Location of All Premises You Own, Rent or Occupy:
5614 5TH STREET, WASHINGTON, DC 20011

Description of Business:
CARPENTRY

Item 3. Forms and Endorsements
Form(s) and Endorsement(s) made a part of this policy at time of issue:
CL150 - EX, ALEA-GL-01 (01-04), EZ-EXCL-01 (06-03), CG0001 (12-04), CG2136 (11-85), CG2139 (10-93), CG 2160 (4-98), CG2175[12-02], UTS-128g(10-94), x

| Item 4. Premiums | |
|---|---|
| Coverage Part Premium: | $ $750.00 |
| Other Premium: | $ |
| Total Premium: | $ $750.00 |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

CL150                                    Original

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

E. **PREMIUMS**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

F. **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the cause of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

CL 699
(10-93)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CG 21 39 10 93

## CONTRACTUAL LIABILITY LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the DEFINITIONS Section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract":

b. A sidetrack agreement:

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement.