# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL INSURANCE COMPANY**      *
                                                         *
          Plaintiff                                *
                                                         *      **Case NO.  1:06CV00157**
v.                                                      *
                                                         *      Judge Paul L. Friedman
**TIMOTHY OLAWUNI, et.al.**          *      Next Event:
                                                         *          Deadline to Complete All Fact Discovery
          Defendant.                           *

---

**TIMOTHY OLAWUNI, et. al.**          *
                                                         *
          Defendant/Third Party Plaintiff   *
                                                         *
                                                         *
v.                                                      *
                                                         *
**ALEA LONDON LIMITED**            *
% LEBOEUF LAMBE GREENE           *
     & MACREA, LLP                         *
125 West 55th Street                          *
New York, NY 10019-5389              *
                                                         *
          Third Party Defendant              *
                                                         *

---

## DEFENDANTS TIMOTHY OLAWUNI, FLORENCE OLAJIDE AND TIM & FLO REALTY/CONSTRUCTION FIRM, LLC 'S ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Defendants TIMOTHY OLAWUNI, FLORENCE OLAJIDE AND TIM & FLO REALTY/CONSTRUCTION FIRM, LLC  ("Defendants"), by their attorneys, MONN, LLC and MaryRose Ozee Nwadike, answer the Complaint herein as follows:

1.      Defendants state that they lack knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 1 of the Complaint.

2.      Defendants state that they lack knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 2 of the Complaint.

3.    Defendant Timothy Olawuni denies the allegations contained in Paragraph 3 of the Complaint.

4.    Defendants  state that they lack knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 4 of the Complaint.

5.    Defendant Florence Olajide denies the allegation contained in Paragraph 5 of the Complaint.

6.    Defendant Tim & Flo Realty/Construction Firm LLC admits that it is incorporated in the District of Columbia and that it has its principal place of business in Washington, D.C.

7.    Defendants neither admit nor deny the allegations contained in Paragraph 7 of the Complaint, for the reason that the allegation does not apply to these defendants, and therefore no answer is required.

8.    Defendants neither admit nor deny the allegations contained in Paragraph 8 of the Complaint, for the reason that the allegation states conclusions of law, and therefore no answer is required.

9.    Defendants deny the allegations contained in Paragraph 9 of the Complaint.

10.    Defendants deny the allegations contained in Paragraph 10 of the Complaint.

11.    Defendants deny the allegations contained in Paragraph 11 of the Complaint.

## AS TO COUNT I NEGLIGENCE

12.    In response to Paragraph 12 of the Complaint, Defendants repeat and re-allege their responses to Paragraphs 1 through 11 of the Complaint with the same force and effect as if fully set forth herein.

13.    Defendants deny the allegations contained in Paragraph 13 of the Complaint.

14.    Defendants deny the allegations contained in Paragraph 13 of the Complaint.

In response to the unnumbered Paragraph following Paragraph 13 of the Complaint, Defendants state that this is a demand for relief and respond that the Plaintiff is not entitled to any relief requested therein.

15.    In response to Paragraph 15 of the Complaint, Defendants repeat and re-allege their responses to Paragraphs 1 through 14 of the Complaint with the same force and effect as if fully set forth herein.

## AS TO COUNT II NUISANCE

16.    Defendants deny the allegations contained in Paragraph 16 of the Complaint.

17.    Defendants deny the allegations contained in Paragraph 17 of the Complaint.

18.    Defendants deny the allegations contained in Paragraph 18 of the Complaint.

In response to the unnumbered Paragraph following Paragraph 18 of the Complaint, Defendants state that this is a demand for relief and respond that the Plaintiff is not entitled to any relief requested therein.

## DEFENSES

Defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC state the following defenses to the Complaint:

1.    Defendants generally deny liability.

2.    The claims set forth in the Complaint are barred by the applicable statute of limitations

3.    The claims set forth in the Complaint are barred by the statute of frauds.

4.    The Plaintiff assumed the risk of some or all of the injuries or damages allegedly sustained.

5.    The Plaintiff was contributorily negligent causing in whole or in part the injuries

or damages allegedly sustained.

6.    Collateral estoppel bars the Plaintiff from recovering the value of any alleged damages in excess of actual value.

7.    The claims set forth in the Complaint are barred by the doctrine of laches

8.    The claims set forth in the Complaint are barred by the doctrine of equitable estoppel.

10.    Others negligent or wrongful acts or omissions constituted intervening or superseding causes of all damages or injuries allegedly sustained.

11.    To the extent that the Plaintiff was injured or damaged as alleged in the Complaint, such injuries or damages were exacerbated by the Plaintiff's failure to mitigate such injuries or damages.

12.    The claims set forth in the Complaint are barred by the doctrine of fraud.

13.    The Plaintiff has failed to join one or more parties required to be joined pursuant to Federal Rules of Procedure.

WHEREFORE, Defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC demand judgment dismissing the Complaint herein together with awarding Defendants their costs in this action.

Dated: January 29, 2007.

Respectfully submitted,

/s/
_____
MaryRose Ozee Nwadike, Esquire
D.C. Bar # 455695
7408 Georgia Avenue, NW, Suite 600
Silver Spring, Maryland 20910

(301) 565-2424

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2007, she caused the forgoing

Verified Answer of Defendants Timothy Olawuni, Florence Olajide and Tim & Flo

Realty/Construction Firm, LLC  to be served by first-class mall, postage pre-paid, upon:


Eric N. Stravitz, Esquire
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue, Suite 200
Washington, D.C. 20036
Counsel for Plaintiff Federal Ins. Co. a/s/o Denise Washington

/s/

_____

MaryRose Ozee Nwadike, Esquire