UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06CV00157 |
| v. ) | |
| ) | |
| TIMOTHY OLAWUNI, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |
| TIMOTHY OLAWUNI, et al. ) | |
| ) | |
| Defendants/Third Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| ALEA LONDON LIMITED ) | |
| ) | |
| Third Party Defendant. ) | |

### MOTION TO DISMISS OF THIRD PARTY DEFENDANT ALEA LONDON LIMITED

Pursuant to Rules 12 and 14 of the Federal Rules of Civil Procedure, Third Party Defendant Alea London Limited ("Alea"), by counsel, hereby moves to dismiss Plaintiff's Amended Complaint with respect to Alea.  This motion does not seek dismissal with respect to, or on behalf of, Defendants Timothy Olawuni, Timothy Adeyemi, Florence Olajide or Tim & Flo Realty/Construction Firm LLC.  Those defendants have purported to sue Alea as "third party plaintiffs" but nonetheless served Alea with a Summons to answer Plaintiff's Amended Complaint against themselves.  The basis for this motion is that Plaintiff's Amended Complaint does not purport to state any claims against Alea.  As more fully set forth in the accompanying

Memorandum, an allegedly injured party does have a direct right of action against the tortfeasor's insurer under District of Columbia law in any event.

A Proposed Order of dismissal without prejudice is annexed hereto.

                                         Respectfully submitted,

                                         /s/ Duane K. Thompson
                                        Duane K. Thompson
                                        (Bar No. 376180)
                                        BAACH ROBINSON & LEWIS PLLC
                                        1201 F Street, NW
                                        Suite 500
                                        Washington, D.C. 20004
                                        202/833-8900

DATED: February 22, 2007