**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
**FEDERAL INSURANCE COMPANY**   )
                                          )
      **Plaintiff,**              )
                                          )     **Case No. 1:06CV00157**
         **v.**                     )
                                          )
**TIMOTHY OLAWUNI, et al.**         )
                                          )
      **Defendants**           )
                                          )
_____)
                                          )
**TIMOTHY OLAWUNI, et al.**         )
                                          )
     **Defendants/Third Party Plaintiffs**   )
                                          )
         **v.**                     )
                                          )
**ALEA LONDON LIMITED**           )
                                          )
     **Third Party Defendant.**         )
                                          )
_____)

**[PROPOSED]**
**ORDER GRANTING MOTION TO DISMISS**

Upon the Motion to Dismiss filed by Third Party Defendant Alea London Limited ("Alea"), the papers submitted in support of and in opposition, and good cause appearing, it is this __ day of _____, 2007:

ORDERED that the Motion is granted;

ORDERED that Plaintiff's Amended Complaint is hereby dismissed without prejudice as to Alea.

_____

UNITED STATES DISTRICT JUDGE


ENTERED this _____ day of _____, 2007.


SERVE:

Eric Neil Stravitz, Esq.
Mesirow & Stravitz
1307 New Hampshire Avenue NW
Suite 400
Washington, DC 200036
202/463-0303
**Attorney for Plaintiff, Federal Insurance Company**

Mary Rose Ozee Nwadike, Esq.
8701 Georgina Avenue NW
Suite 600
Silver Spring, MD 20910

**Attorney for Defendants Timothy Adeyemi,
Florence Olajide and Tim & Flo Realty/Construction Firm LLC**

PedreoMedrano a/ka/ Pedro Madrano
Individually and d/b/a
Moya Contractors Company
806 West Nettle Tree Road
Sterling, VA 20164

Duane K. Thompson
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW
Suite 500
Washington, D.C. 20004
202/833-8900

**Attorney for Third Party Defendant Alea London Limited**