UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FEDERAL INSURANCE CO.,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )
TIMOTHY OLAWUNI, et al.,            )
                                    )
        Defendants,                 )
_____)
                                    )   Civil Action No. 06-0157 (PLF)
TIMOTHY OLAWUNI, et al.,            )
                                    )
        Third-Party Plaintiffs,     )
                                    )
    v.                              )
                                    )
ALEA LONDON LIMITED,                )
                                    )
        Third-Party Defendant.      )
_____)

ORDER

Third-party defendant Alea London Limited filed a motion to dismiss on February 22, 2007. Local Civil Rule 7(b) prescribes the time limits for the filing of an opposition to such a motion:

> Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.
>
> That time has passed and the third-party plaintiffs have filed no response.

Accordingly, it is hereby

ORDERED that, within five days from the date of this Order, the third-party plaintiffs shall show cause in writing why the Court should not treat the third-party defendant's motion as conceded and dismiss the Complaint against it.

SO ORDERED.

____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 16, 2007