## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **TIMOTHY OLAWUNI, et.al.** | * | Case NO. 1:06CV00157 |
| | * | Judge Paul L. Friedman |
| Defendant. | * | |

| | | |
|---|---|---|
| **TIMOTHY OLAWUNI, et. al.** | * | |
| | * | |
| Defendant/Third Party Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **ALEA LONDON LIMITED** | * | |
| | * | |
| Third Party Defendant | * | |
| | * | |

## CROSS-CLAIM AGAINST DEFENDANT ALEA LONDON LIMITED

Defendants, Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC., (hereinafter, Tim & Flo Realty) by and through counsel, MaryRose Ozee Nwadike, and pursuant to Rule 19 of the Fed. Rules of Civil Procedure, and this Court's Order of January 3, 2007, granting Motion to add necessary party, hereby assert the following cross-claim against Defendant Alea London Limited and say:

1.  Defendants Tim & Flo Realty and Alea London Limited are Defendants in the above-entitled action and have submitted themselves to the jurisdiction of this Court.

2.  Defendant Alea London Limited is a Corporation engaged in the business of underwriting commercial liability insurance policies in the Untied States for profit. On February 20, 2007, Defendant was served with this Court's Summons, Plaintiff's Amended Complaint and

this Court's Order granting the Defendants Tim & Flo Realty's Motion for leave to join Alea London Limited as a necessary party, thus establishing jurisdiction of this Court over Defendant Alea London Limited.

3. Defendants Tim & Flo Realty are before this Court charged by Plaintiff Federal Insurance Company with negligence and nuisance with respect to their construction work at 1427 5th Street, NW., Washington, D.C. Plaintiff contends that these Defendants were performing excavation work at the property located at 1427 5th Street, NW, in Washington, D.C., which caused the common wall between the properties at 1427 and 1429 5th Street to collapse causing damages to the real property belonging to the Plaintiff's insured, Ms. Denise Washington.

4. In the event that it is proven that the defendants' negligence was the proximate cause of the Plaintiff's damages, allegations which Defendants Timothy Olawuni, Florence Olajide, Tim & Flo Realty/ Construction deny, defendants are entitled to indemnification and contribution by Defendant Alea London Limited.

5. Defendants purchased general liability insurance policy from Alea London Limited. The sole purpose of the said liability protection coverage was to indemnify the Defendants in the event that they are found to be liable for damages to third parties such as the plaintiff herein. Pursuant to the contract of insurance, the Defendants Tim & Flo Realty are entitled to an adjustment of loss and possible indemnification from Alea London Limited, in that the damages claimed by the Plaintiff herein are within the ambit of that coverage.

6. Alea London Limited, through its adjusters, JOHN EASTERN COMPANY, INC., has refused to either adjust, defend or participate in this lawsuit voluntarily in breach of

the insurance Coverage.

7. Defendants believe that the case will not be litigated fully without the Defendant Alea London's full and complete participation in this lawsuit.

8. In the event that Defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC. are found to be liable to the Plaintiff, which these defendants deny, they are entitled to indemnification and contribution for any liability which they may incur to Plaintiff.

Wherefore, Defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC. request a judgment, including indemnification and contribution, against Defendant Alea London Limited for all or part of the liability established by Plaintiff against Defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC., together with cost and fees and interest.

Respectfully submitted,

/s/
_____
MaryRose Ozee Nwadike, Esquire
Bar Number 455695
8701 Georgia Avenue, Suite 600
Silver Spring, MD  20910
(301) 565-2424

Counsel for Defendants

**CERTIFICATE OF SERVICE**

  **THIS IS TO CERTIFY** that on this  21st  day of March, 2007, a true copy of the foregoing Cross Claim against Alea London Limited was sent by first class Mail, postage prepaid to:

  Duane K. Thompson
  BAACH ROBINSON & LEWIS, PLLC.
  1201 F Street, NW, Suite 500
  Washington, D.C. 20004

and

  Matthew F. Noone, Esquire
  COZEN O'CONNOR
  1900 Market Street
  Philadelphia, PA 19103

  Attorney for Plaintiff

                /s/
             Maryrose Ozee Nwadike, Esquire