## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY** | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| **TIMOTHY OLAWUNI, et.al.** | *   **Case NO. 1:06CV00157** |
| | *   Judge Paul L. Friedman |
| Defendant. | * |
| | * |
| **TIMOTHY OLAWUNI, et. al.** | * |
| | * |
| Defendant/Third Party Plaintiff | * |
| | * |
| v. | * |
| | * |
| **ALEA LONDON LIMITED** | * |
| | * |
| Third Party Defendant | * |
| | * |

### RESPONSE TO ORDER TO SHOW CAUSE

MaryRose Ozee Nwadike, undersigned counsel to the defendants Timothy Olawuni, Florence Olajide and Tim & Flo Realty/Construction Firm, LLC., (hereinafter "Tim & Flo Realty), hereby submits her Response to this Court's Order to Show Cause why the Court should not treat the third-party defendant Alea London Limited (herein after "Alea") 's motion as conceded and dismiss the Complaint against it, as follows:

1.  On March 16, 2007, this Court issued an Order requiring undersigned counsel to show cause why the Court should not treat the third-party defendant Alea's motion to dismiss as conceded and dismiss the Complaint against it for failure to file a response to the said motion to dismiss within the time prescribed under Local Civil rule 7(b) of the of this Court.

2.  Undersigned counsel submits that Defendant Alea's motion to dismiss should not be

treated as conceded by the third party plaintiffs because the failure identified by the Court is the result of excusable neglect, and was not the result of any intended disrespect to the Court or the Rules of this Court.

    3.    Although Local Rule 7 (b) provides that the Court may treat a motion as conceded if an opposing party fails to file a timely memorandum of points and authorities in opposition to the motion, the undersigned counsel respectfully submits that her failure to file a timely response to the motion to dismiss was excusable. Even though this counsel makes it a duty to review the Court's docket periodically, she was away on account of the death of her cousin in Houston, Texas, which necessitated an extended period of absence from work. While in Texas, counsel was unable to access her email and thus, was not immediately aware of the filing of defendant Alea's Motion to dismiss. Upon return to the area, counsel became aware of the motion to dismiss and soon thereafter, the Order to show cause.

    4.    However, on March 21, 2007, undersigned counsel filed a response to the motion along with a cross-claim against third party defendant Alea.

    5.    Based upon the foregoing it is respectfully submitted that the failure cited by the Court on the part of undersigned counsel was due to excusable neglect and not the result of any intended action on her part to violated the Rules of this Court. Therefore, Defendants Tim & Flo Realty prays this Honorable Court not to treat their failure to file a timely response to Alea's motion to dismiss as conceded, and accept the late filed response as timely.

                                        Respectfully submitted,

                                        /s/

                                        _____
                                        MaryRose Ozee Nwadike, Esquire

                                                        Bar Number 455695  
                                                       8701 Georgia Avenue, Suite 600  
                                                       Silver Spring, MD  20910  
                                                       (301) 565-2424

                                                       Counsel for Defendants Tim & Flo Realty

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on this  23st  day of  March, 2007, a true copy of the foregoing Response to Order to show cause was served by mailing same, first class Mail, postage prepaid to:

>Duane K. Thompson
>BAACH ROBINSON & LEWIS, PLLC.
>1201 F Street, NW, Suite 500
>Washington, D.C. 20004

and

>Matthew F. Noone, Esquire
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA 19103

>Attorney for Plaintiff

/s/
Maryrose Ozee Nwadike, Esquire