## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY** | * |
| Plaintiff | * |
| v. | * |
| **TIMOTHY OLAWUNI, et al.** | *   **Case No. 1:06CV00157** |
| | *   Judge Paul L. Friedman |
| Defendant. | * |

| | |
|---|---|
| **TIMOTHY OLAWUNI, et al.** | * |
| Defendant/Third Party Plaintiff | * |
| v. | * |
| **ALEA LONDON LIMITED** | * |
| Third Party Defendant | * |

## DEFENDANT ALEA LONDON LIMITED'S ANSWER TO CROSS-CLAIM

Cross-Defendant Alea London Limited ("Alea"), by and through counsel, respectfully submits this Answer to Defendants Tim & Flo Realty/Construction Firm, LLC, Timothy Olawuni and Florence Olajide's ("Tim & Flo Realty") Cross-Claim for contribution and indemnification. To the extent that the Cross-Claim contains allegations requiring responses that remain unanswered herein, they are denied.

## RESPONSES

Alea responds to the correspondingly numbered paragraphs of the Cross-Claim as follows:

1. Paragraph 1 states a legal conclusion to which no response is required.

2. Paragraph 2 contains conclusions of law and argument to which no response is required.

3. Paragraph 3 is admitted.

4. Paragraph 4 contains conclusions of law and argument to which no response is required. Alea denies all allegations regarding it in Paragraph 4.

5. The terms of the insurance policy issued by Alea to Tim & Flo Realty speak for themselves. Otherwise, Paragraph 5 contains conclusions of law and argument to which no response is required.

6. Paragraph 6 contains conclusions of law and argument to which no response is required. Alea denies all allegations regarding it or John Eastern Company, Inc. in Paragraph 6.

7. Paragraph 7 contains conclusions of law and argument to which no response is required. Alea denies all allegations against it in Paragraph 7.

8. Paragraph 8 contains conclusions of law and argument to which no response is required.

## AFFIRMATIVE DEFENSES

Alea asserts the following affirmative defenses. Alea reserves the right to amend these defenses, or assert additional defenses based upon discovery.

1. The Cross-Claim fails to state a valid claim upon which relief may be granted.

2. The Cross-Claim is barred, in whole or in part, under the doctrine of unclean hands.

3. Cross-Claimants are estopped, by their own acts, omissions and conduct, in whole or in part, from obtaining the relief sought.

4.      Cross-Claimants have waived, by their own acts, omissions and conduct, in whole or in part, any right to obtain the relief sought.

Respectfully submitted,

/s/
Duane K. Thompson, Esq.
(Bar No. 376180)
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500
Washington, D.C.  20004
(202) 833-8900 (phone)
(202) 466-5738 (fax)

*Counsel for Alea London Limited*