

WASHINGTON | NEW YORK | LONDON

April 10, 2007

**BY ELECTRONIC SUBMISSION**

Clerk of the Court
Civil Division – Room 1225
United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

> **Re:   Timothy Olawuni, et al. (Third Party Plaintiffs)**
> **v. Alea London Limited (Third Party Defendant)**
> **Case No. 1:06CV00157, Judge Friedman**

Dear Sir or Madam:

Enclosed for filing in the above-styled case is Third Party Defendant, Alea London Limited's, Answer to Third Party Plaintiffs' Cross-Claim.  Please note that Alea's Answer to the Cross-Claim is filed provisionally without waiver of our position that the Third Party Plaintiffs have not sought leave to file the Cross-Claim.

Thank you for your assistance in this matter.

Sincerely,

_____/s/_____
Duane K. Thompson

Enclosures