AO 440 (Rev. DC-September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Columbia

FEDERAL INSURANCE COMPANY, as subrogee of
DENISE WASHINGTON

SUMMONS IN A CIVIL ACTION

v.

TIMOTHY OLAWUNI, TIMOTHY ADEYEMI,
FLORENCE OLAJIDE, TIM & FLO
REALTY/CONSTRUCTION FIRM LLC,
PEDRO MEDRANO, a/k/a PEDRO MADRANO,
INDIVIDUALLY and d/b/a MOYA CONTRACTORS
COMPANY

CASE NUMBER: 1:06-CV-00157-PLF

TO: (Name and Address of Defendant)

Timothy Adeyemi
1320 Fort Stevens Drive # 5, NW
Washington, DC 20022

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
202-463-0303

an answer to the **amended complaint** which is served upon you with this summons, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable time after service.

NANCY M. MAYER-WHITTINGTON                    1/11/07
_____          _____
CLERK                                         DATE

T. Davis
_____
(By) DEPUTY CLERK

AO 440 (Rev. DC-September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of Summons and Complaint was made by me: | DATE January 22, 2007 at 7:30 am |
| NAME OF SERVER Lorenzo Kenerson | TITLE private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on Timothy Olawuni, Power of Attorney on behalf of Timothy Adeyemi at 711 Seek Lane, Takoma Park, MD 20912

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return and Statement of Service Fees is true and correct.

Executed on  1/22/07       _____
                           Signature of Server

                           Washington Pre-Trial Services, Inc.
                           4626 Wisconsin Avenue NW #300
                           Washington, DC 20016
                           Address of Server

** Summons and First Amended Complaint including Consent Motion to Add Necessary Defendant and Memorandum of Points and Authorities in Support of Defendants' Motion to Add Necessary Defendant

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.