AO 440 (Rev. DC-September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FEDERAL INSURANCE COMPANY, as subrogee of
DENISE WASHINGTON

**SUMMONS IN A CIVIL ACTION**

v.

TIMOTHY OLAWUNI, TIMOTHY ADEYEMI,
FLORENCE OLAJIDE, TIM & FLO
REALTY/CONSTRUCTION FIRM LLC,
PEDRO MEDRANO, a/k/a PEDRO MADRANO,
INDIVIDUALLY and d/b/a MOYA CONTRACTORS
COMPANY

CASE NUMBER: 1:06-CV-00157-PLF

TO: (Name and Address of Defendant)

Pedro Medrano, a/k/a Pedro Madrano, individually and d/b/a Moya Contractors Company
806 West Nettle Tree Road
Sterling, VA 20164

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
202-463-0303

an answer to the **amended complaint** which is served upon you with this summons, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DATE 1/11/07

(By) DEPUTY CLERK T. Davis

AO 440 (Rev. DC-September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me: DATE 1/27/07 (JAN. 1, 2007) @ 12:55 P.M.

NAME OF SERVER: DAVID MORRISON  
TITLE: SPECIAL PROCESS SERVER

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant. Place where served: _____

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: CARMEN MEDRANO, WIFE

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return and Statement of Service Fees is true and correct.

Executed on 01/27/07

Signature of Server

Washington Pre-Trial Services, Inc.
Address: 4626 Wisconsin Avenue NW #300
Washington, DC 20016
(202) 887-0700

** Summons and First Amended Complaint including Consent Motion to Add Necessary Defendant and Memorandum of Points and Authorities in Support of Defendants' Motion to Add Necessary Defendant

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure