**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| **TIMOTHY OLAWUNI, et al.** | * | **Case No. 1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | |

| | | |
|---|---|---|
| **TIMOTHY OLAWUNI, et al.** | * | |
| | * | |
| Defendant/Cross-Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| **ALEA LONDON LIMITED** | * | |
| | * | |
| Cross-Defendant | * | |
| | * | |

**CROSS-DEFENDANT ALEA LONDON LIMITED'S MOTION FOR AN ORDER ESTABLISHING DEADLINES FOR THE EXCHANGE OF INITIAL DISCLOSURES AND LIMITED DISCOVERY IN RESPECT TO THE CROSS-CLAIM**

Pursuant to Rules 26, 33 and 36 of the Federal Rules of Civil Procedure and LCvR 26.2(a) of the Local Rules of the United States District Court for the District of Columbia, Cross-Defendant Alea London Limited ("Alea"), by and through counsel, respectfully requests that the Court enter Order (1) establishing a date on which the parties to the Cross-Claim shall exchange Initial Disclosures; and, (2) permitting Alea to conduct limited written discovery in the form of Interrogatories and Requests for Admission. As more fully set forth in the accompanying Memorandum, Alea was served with a Cross-Claim well after the parties to the underlying suit exchanged Initial Disclosures and months after the deadline for written discovery. Permitting

-2-

Alea to propound limited written discovery will not affect the scheduling of the underlying case. However, should Alea be denied the opportunity to discover certain facts and admissions its defense will be greatly prejudiced.

A proposed order establishing deadlines for the relief requested is annexed hereto.

          Respectfully submitted,

          /s/ Duane K. Thompson
          Duane K. Thompson, Esq.
          (Bar No. 376180)
          Elizabeth L. Marvin
          (Bar No. 496571)
          BAACH ROBINSON & LEWIS PLLC
          1201 F Street, NW, Suite 500
          Washington, D.C.  20004
          (202) 833-8900 (phone)
          (202) 466-5738 (fax)

          *Counsel for Alea London Limited*

DATED:  May 11, 2007

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| Plaintiff | * | |
| v. | * | |
| **TIMOTHY OLAWUNI, et al.** | * | **Case No. 1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | |

| | | |
|---|---|---|
| **TIMOTHY OLAWUNI, et al.** | * | |
| Defendant/Cross-Plaintiffs | * | |
| v. | * | |
| **ALEA LONDON LIMITED** | * | |
| Cross-Defendant | * | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CROSS-DEFENDANT ALEA LONDON LIMITED'S MOTION FOR AN ORDER ESTABLISHING DEADLINES FOR THE EXCHANGE OF INITIAL DISCLOSURES AND LIMITED DISCOVERY IN RESPECT TO THE CROSS-CLAIM

Cross-Defendant, Alea London Limited ("Alea") respectfully submits this Memorandum of Points and Authorities in support of its Motion For An Order Establishing Deadlines for The Exchange of Initial Disclosures And Limited Discovery In Respect To The Cross-Claim.

### Preliminary Statement

Cross-Plaintiffs Timothy Olawuni, Timothy Adeyemi, Florence Olajide or Tim & Flo Realty/Construction Firm LLC ("Cross-Plaintiffs") served Alea with a Cross-Claim on or about March 22, 2007. Alea filed its Answer on April 10, 2007. On August 8, 2006, the Court entered

a Scheduling Order governing discovery and dispositive motions deadlines for the underlying suit between Federal Insurance Company and Cross-Plaintiffs. On information and belief, the parties to the underlying dispute exchanged Initial Disclosures, as required by LCvR 26.2(a) and Federal Rule of Civil Procedure 26, well before Alea was joined to this case. Since Cross-Plaintiffs did not implead Alea until well after the parties exchanged their Initial Disclosures and after the deadline for written discovery had passed, Alea now asks the Court to enter an Order requiring Cross-Plaintiffs to exchange Initial Disclosures with Alea and to permit Alea to conduct limited written discovery in respect to the Cross-Claim.

## Argument

The Cross-Claim alleges in pertinent part, that Cross-Plaintiffs are entitled to contribution and indemnification by Alea in the underlying litigation and that Alea, through its adjuster, The John Eastern Company, failed to investigate and defend Cross-Plaintiffs as required under the policy of insurance issued to them by Alea. See Cross-Complaint, ¶¶ 4, 6. To the contrary, John Eastern Company conducted an extensive fact investigation with respect to the claim giving rise to the underlying litigation. Cross-Plaintiffs and their counsel participated in the claims investigation. On or about April 11, 2007, after conclusion of the claims investigation, Alea issued coverage denial letters to Cross-Plaintiffs and their counsel explaining Alea's denial of the claim on account of the express and unambiguous terms of the insurance policy. Alea affixed the insurance policy to the denial letters.

Notwithstanding Alea's denial of coverage, Cross-Plaintiffs filed a Cross-Claim against Alea seeking contribution and indemnification for any damages arising out of the underlying litigation. Alea maintains that it does not have an obligation to defend or otherwise indemnify Cross-Plaintiffs in the underlying action. Alea believes that the Cross-Claim may be resolved on

a Motion for Summary Judgment. However, in order to file a Motion for Summary Judgment it is essential for Alea to propound very limited written discovery in the form of Interrogatories and Requests for Admission. *See,* Fed. R. Civ. P. 33, 36.

Prior to filing any discovery, Alea and Cross-Plaintiffs must exchange Initial Disclosures. *See,* LCvR 26.2(a); Fed. R. Civ. P. 26. Since Cross-Plaintiffs did not file their Cross-Claim against Alea until well after the parties to the underlying litigation exchanged their initial disclosures and because the Cross-Claim involves discrete issues which are not affected by the underlying litigation, Alea submits that Cross-Plaintiffs are obligated to provide Initial Disclosures to Alea in respect of the Cross-Claim. Alea proposes that the parties to the Cross-Claim exchange their Initial Disclosures on May 25, 2007, which will give parties adequate time to conduct discovery prior to the July 2, 2007 deadline for the filing of dispositive motions in the underlying suit.

Alea anticipates that it will have fewer than ten (10) Interrogatories and Requests for Admissions. Alea can find no reason why the parties to the Cross-Claim will need to conduct more extensive discovery. Alea believes that it will be able to complete its limited discovery in a brief period of time which will not affect the deadlines currently set forth in the underlying litigation. Accordingly, it is not necessary for the Court to alter the Scheduling Order which governs the underlying litigation. As such, Alea asks the Court to schedule June 6, 2007 as the deadline for written discovery in the Cross-Claim litigation.

## Conclusion

For the foregoing reasons, Cross-Defendant Alea London Limited requests the entry of an Order, in the form annexed hereto, establishing deadlines for the exchange of initial disclosures and limited written discovery in respect to the Cross-Claim.

-4-

## LOCAL RULE 7(m) CERTIFICATION

I certify that despite diligent efforts I was unable to secure counsel for Cross-Plaintiffs consent to the filing of this motion. Counsel for Cross-Plaintiffs agrees that discovery in respect of the Cross-Claim is needed; however, the parties dispute the breadth of the discovery which is required. Accordingly, Alea's motion is opposed.

                                            Respectfully submitted,

                                            /s/ Duane K. Thompson
                                            Duane K. Thompson
                                            (Bar No. 376180)
                                            Elizabeth L. Marvin
                                            (Bar No. 496571)
                                            BAACH ROBINSON & LEWIS PLLC
                                            1201 F Street, NW
                                            Suite 500
                                            Washington, D.C. 20004
                                            202/833-8900

DATED:  May 11, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| Plaintiff | * | |
| v. | * | |
| **TIMOTHY OLAWUNI, et al.** | * | **Case No. 1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | |

| | | |
|---|---|---|
| **TIMOTHY OLAWUNI, et al.** | * | |
| Defendant/Third Party Plaintiff | * | |
| v. | * | |
| **ALEA LONDON LIMITED** | * | |
| Third Party Defendant | * | |

**[PROPOSED] ORDER SCHEDULING EXCHANGE OF INITIAL DISCLOSURES AND WRITTEN DISCOVERY DEADLINES IN RESPECT TO THE CROSS-CLAIM**

For the reasons stated in Cross-Defendant's motion, the Court hereby enters the following scheduling deadlines in respect of the Cross-Claim:

| | |
|---|---|
| Exchange Initial Disclosures | May 25, 2007 |
| Deadline for Written Discovery | June 6, 2007 |
| Dispositive Motions Due | July 2, 2007 |
| Response to Dispositive Motions Due | July 16, 2007 |
| Reply to Dispositive Motions Due | July 24, 2007 |

-2-

SO ORDERED, this _____ day of _____, 2007.

                                                                           _____
                                                                           Judge Paul L. Friedman