UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY** | * |
| Plaintiff | * |
| v. | * |
| **TIMOTHY OLAWUNI, et al.** | *   Case No. 1:06CV00157 |
| | *   Judge Paul L. Friedman |
| Defendant. | * |

| | |
|---|---|
| **TIMOTHY OLAWUNI, et al.** | * |
| Defendant/Cross-Plaintiff | * |
| v. | * |
| **ALEA LONDON LIMITED** | * |
| Cross-Defendant | * |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Alea London Limited, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Alea London Limited which have any outstanding securities in the hands of the public.

Alea Group Holdings (Bermuda) Limited
Alea Holdings UK Limited

-2-

    These representations are made in order that judges of this court may determine the need for recusal.

                                                    Respectfully submitted,

                                                    /s/ Duane K. Thompson
                                                    Duane K. Thompson, Esq.
                                                    (Bar No. 376180)
                                                    BAACH ROBINSON & LEWIS PLLC
                                                    1201 F Street, NW, Suite 500
                                                    Washington, D.C.  20004
                                                    (202) 833-8900 (phone)
                                                    (202) 466-5738 (fax)

                                                    *Counsel for Alea London Limited*

DATED:  May 11, 2007