UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL INSURANCE COMPANY** | * | |
| Plaintiff | * | |
| v. | * | |
| **TIMOTHY OLAWUNI, et al.** | * | **Case No. 1:06CV00157** |
| | * | Judge Paul L. Friedman |
| Defendant. | * | |

| | | |
|---|---|---|
| **TIMOTHY OLAWUNI, et al.** | * | |
| Defendant/Third Party Plaintiff | * | |
| v. | * | |
| **ALEA LONDON LIMITED** | * | |
| Third Party Defendant | * | |

### THIRD PARTY DEFENDANT ALEA LONDON LIMITED'S
### INITIAL DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 26 and LCvR 26.2(a) of the Local Rules of the United States District Court for the District of Columbia, Third Party Defendant Alea London Limited ("Alea") hereby provides its Initial Disclosure for the Cross-Claim only.

**Disclosure #1:**  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Timothy Olawuni
24 Kennedy Street, NW
Washington D.C. 20011

Mr. Olawuni is a Defendant in this matter.

Florence Olajide
7838-C Eastern Ave., NW
Washington D.C. 20012

Ms. Olajide is a Defendant in this matter.

Pedro L. Rodriguez
300 Gordon Street
Sterling, VA 20164

Mr. Rodriguez is a Defendant in this matter.

Mehta Consultants, Inc.
600 Reisterstown Road
Baltimore, MD 21208

Mehta Consultants, Inc. investigated and prepared a Structural Investigation Report concerning the wall collapse at 1425 5th Street, NW, Washington D.C. in which earth movement was identified as the cause of the wall collapse. If necessary, a representative from Mehta Consultants, Inc. may be called to testify as to the methodology and findings found in its report dated November 10, 2005.

Gregory A. Kastendike
Claims Representative
Johns Eastern Company
7135 Minstel Way
Suite 102
Columbia, MD 21045
Tel: (410) 290-3942 x1005

Mr. Kastendike is the adjuster who investigated Third Party Plaintiffs' claim. If required, Mr. Kastendike will testify that Alea and Johns Eastern Company conducted a thorough investigation of Third Party Plaintiffs' claim.

In addition, employees of defendant Tim & Flo Realty/Construction Firm LLC, and Moya Contractors Company may have information regarding the construction work at 1427 5th Street, NW, Washington D.C., the subject of the Complaint against Defendants.

**Disclosure #2: A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

"Structural Investigation Report Wall Collapse 1425 5th Street, NW, Washington D.C.", submitted by Mehta Consultants, Inc., November 10, 2005. Counsel for Third Part Plaintiffs provided Alea's adjuster, The Johns Eastern Co. with a copy of this document during Alea's investigation of the claim. The Report is affixed hereto.

**Disclosure #3**: **A computation of any category of damages claimed by the disclosing party, making available for inspection as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

**Disclosure #4**: **Available for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

A copy of policy number ALTE 003493 issued to Third Party Plaintiff, Tim & Flo Realty/Construction Firm for Commercial General Liability coverage by Tapco Underwriters, Inc., a managing general agent for Alea London Limited is affixed hereto.

Respectfully submitted,

Duane Thompson   /s/
Duane K. Thompson, Esq. (Bar No. 376180)
Elizabeth L. Marvin, Esq. (Bar No. 496571)
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500
Washington, D.C. 20004
(202) 833-8900 (phone)
(202) 466-5738 (fax)

*Counsel for Alea London Limited*

DATED: May 31, 2007