**FILED**

United States District Court
for the District of Columbia

JUN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the 29th day of June 2007

Federal Insurance Company

vs.

Timothy Olawuni, et. al.

Civil Action No. 06-157

The Clerk of said Court will enter the appearance of Elizabeth L. Marvin as counsel to Cross-Defendant Alea London Limited.

Elizabeth L. Marvin #496571
(Name)                (Bar ID)

Beach Robinson & Lewis, PLLC
1201 F Street, NW Suite 500
(Address)
Washington D.C. 20004
(202) 659-7873
(Phone Number)

Cross-Defendant Alea
(Attorney for) London Limited

_____ _____
(Name)                (Bar ID)

_____
(Address)

_____
(Phone Number)

_____
(Attorney for)

PRAECIPE
CO-525 (1/06)