**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

<u>Federal Insurance Company as subrogee of Denise Washington</u>
    Plaintiff(s)

Case Number: <u>1:06 CV 00157</u>
Judge Paul L. Friedman

vs.

<u>Timothy Olawuni, et al</u>
    Defendant(s)

**JOINT STATEMENT OF PARTIES**
**<u>CONCERNING STATUS OF SETTLEMENT NEGOTIATIONS</u>**

On July 9, 2007, this Court held a status conference. Your Honor directed the parties to continue discussions to see whether the parties could resolve the case themselves, or, if they could not, whether it would be worthwhile for the Court to refer the matter to a magistrate for a settlement conference. The parties have engaged in the settlement discussions directed by this Court. While only marginal progress has been made, the parties agree that it would be beneficial for a magistrate to conduct a settlement conference. Accordingly, the parties jointly request that Your Honor refer this matter to a magistrate for a settlement conference.

Respectfully submitted,

COZEN O'CONNOR

BY: __/s/_____
    Matthew F. Noone
    1900 Market Street
    Philadelphia, PA  19103

BY: __/s/_____
    Mary Rose Ozee Nwadike
    Bar No. 455695
    8701 Georgia Avenue, Suite 600

2

| | |
|---|---|
| 215-665-2164<br>Counsel for Plaintiff<br>Federal Insurance Co. | Silver Spring, MD 209010<br>301-565-2424<br>Counsel for defendants Olawuni, Oajide,<br>and Tim & Flo Realty/Construction Firm, LLC |

MESIROV & STRAVITZ

BY:  /s/_____
      Eric Stravitz
      2015 R. Street, N.W.
      Suite 300
      Washington, DC 20009

2