**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

Federal Insurance Company as subrogee of Denise Washington
    Plaintiff(s)

Case Number: 1:06 CV 00157
Judge Paul L. Friedman

vs.

Timothy Olawuni, et al
    Defendant(s)

**STATEMENT OF DEFENSE COUNSEL MARYROSE OZEE NWADIKE CONCERNING STATUS OF DEFENDANTS' EXPERT WITNESS**

At a status conference held in the above captioned matter on July 9, 2007, this Court ordered the Defendants to file their Rule 26(2)(a) Expert Disclosure Statement by July 18, 2007. Counsel for the Defendants Timothy Olawuni et al, hereby reports to this Honorable Court that she has ascertained that Mr. Archie Wainright is not available to testify as the Expert Witness for the Defendants at the trial of this matter. Earlier in Defendant's pleadings in this matter, Counsel had identified Mr. Wainright as the Defendants' fact as well as expert witness in this matter.

In the interim, Counsel has located Mr. Eugene Pollard, a structural Engineer, who will testify as the Defendants' Expert Witness in this matter. Counsel now prays this honorable court to grant her leave to file the Defendants Expert Disclosure Statement within fourteen days from the date of this report. It should be noted that on July 13, 2007, the parties filed a joint statement on the status of settlement negotiations and jointly requested that this Court refer this matter to a Magistrate Judge to facilitate settlement. Counsel therefore respectfully submits that the parties will not be prejudiced by the granting of Defendants' request herein.

        Respectfully submitted,

        BY: __/s/_____
          Mary Rose Ozee Nwadike
          Bar No. 455695
          8701 Georgia Avenue, Suite 600
          Silver Spring, MD 209010
          301-565-2424
          Counsel for defendants Olawuni, Oajide,
        and Tim & Flo Realty/Construction Firm, LLC