UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0157 (PLF) |
| ) | |
| TIMOTHY OLAWUNI, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER OF REFERRAL

This matter came before the Court for a status conference on July 9, 2007. The parties filed a joint report on July 13, 2007. In that report, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Facciola for settlement discussions, beginning immediately; discussions shall conclude on or before September 25, 2007. The parties should contact Magistrate Judge Facciola's chambers to schedule a settlement conference. There will be a status conference before the undersigned on September 26, 2007 at 9:00 a.m.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 18, 2007