UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY OLAWUNI, et al. )<br>)<br>Defendants )<br>_____)<br>)<br>TIMOTHY OLAWUNI, et al. )<br>)<br>Cross-Plaintiffs )<br>)<br>v. )<br>)<br>ALEA LONDON LIMITED )<br>)<br>Cross-Defendant. )<br>)<br>_____) | Case No. 1:06CV00157 |

[PROPOSED]
**ORDER GRANTING CROSS-DEFENDANT ALEA LONDON LIMITED'S
MOTION FOR SUMMARY JUDGMENT IN RESPECT TO THE CROSS-CLAIM**

Upon consideration of Cross-Defendant Alea London Limited's ("Alea") Motion For Summary Judgment In Respect To The Cross-Claim, the papers submitted in support of and in opposition, and good cause appearing, it is this __ day of _____, 2007:

ORDERED that the Motion is granted;

ORDERED that judgment is hereby entered in favor of Cross-Defendant Alea as to all counts of the Cross-Complaint.

―――――――――――――――――
JUDGE PAUL L. FRIEDMAN

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA


ENTERED this _____ day of _____, 2007.


SERVE:

Eric Neil Stravitz, Esq.
Mesirow & Stravitz
1307 New Hampshire Avenue NW
Suite 400
Washington, DC 200036
202/463-0303
*Attorney for Plaintiff, Federal Insurance Company*

Mary Rose Ozee Nwadike, Esq.
8701 Georgina Avenue NW
Suite 600
Silver Spring, MD 20910

*Attorney for Defendants/Cross-Plaintiffs Timothy Adeyemi,
Florence Olajide and Tim & Flo Realty/Construction Firm LLC*

PedreoMedrano a/ka/ Pedro Madrano
Individually and d/b/a
Moya Contractors Company
806 West Nettle Tree Road
Sterling, VA 20164

Duane K. Thompson
Elizabeth L. Marvin
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW
Suite 500
Washington, D.C. 20004
202/833-8900

*Attorneys for Cross-Defendant Alea London Limited*

2