# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

FEDERAL INSURANCE COMPANY, as
subrogee of DENISE WASHINGTON

          Plaintiff,

v.

TIMOTHY OLAWUNI, TIMOTHY
ADEYEMI, FLORENCE OLAJIDE, TIM &
FLO REALTY/CONSTRUCTION FIRM
LLC, PEDRO MEDRANO, a/k/a PEDRO
MADRANO, INDIVIDUALLY and d/b/a
MOYA CONTRACTORS COMPANY

          Defendants.

Case: 1:06-CV-00157-PLF
Judge Paul L. Friedman

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT TIMOTHY ADEYEMI

Plaintiff, Federal Insurance Company, as Subrogee of Denise Washington, respectfully moves this Honorable Court to enter a default against Defendant Timothy Adeyemi, based on the reasons set forth below and the accompanying Affidavit of Eric N. Stravitz, Esquire, and in support thereof, Plaintiff avers as follows:

1. On December 27, 2006, Plaintiff's Motion to File an Amended Complaint was granted by the Court.

2. On December 27, 2006, Plaintiff filed an Amended Complaint and Summons.

3. Defendant Timothy Olawuni has represented that he has power of attorney over Timothy Adeyemi's business affairs.

4. On January 22, 2007, Plaintiff caused the Summons and a copy of the Amended Complaint to be served upon Defendant Timothy Adeyemi by serving his agent, Defendant Timothy Olawuni. The Return of Service was filed with the court on April 18, 2007.

5. Defendant Timothy Adeyemi had twenty (20) days from the date of service within which to file a pleading or to otherwise defend this action.

6. To date, Defendant Timothy Adeyemi has not filed an answer to the Amended Complain.

7. Accordingly, Defendant Timothy Adeyemi is in default and, as such, Plaintiff request that a default be entered by the clerk against Defendant Timothy Adeyemi.

8. Upon information and belief, Defendant Timothy Adeyemi is not in military service, is not an infant or incompetent person, is not the United States government (or any agency or subdivision of same), and is not a foreign sovereign.

9. Furthermore, Plaintiff submits the Affidavit of Eric N. Stravitz, in support of this Motion.

WHEREFORE, Plaintiff respectfully requests that the clerk enter a default against Defendant Timothy Adeyemi.

Dated: August 14, 2007

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By: /s/ Eric N. Stravitz
Eric N. Stravitz
Bar No. 23610
1307 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 463-0303
(202) 861-8858 (fax)
eric@metroDClaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

FEDERAL INSURANCE COMPANY, as
subrogee of DENISE WASHINGTON

        Plaintiff,

v.

TIMOTHY OLAWUNI, TIMOTHY
ADEYEMI, FLORENCE OLAJIDE, TIM &
FLO REALTY/CONSTRUCTION FIRM
LLC, PEDRO MEDRANO, a/k/a PEDRO
MADRANO, INDIVIDUALLY and d/b/a
MOYA CONTRACTORS COMPANY

        Defendants.

Case: 1:06-CV-00157-PLF
Judge Paul L. Friedman

## DEFAULT

It appearing that defendant Timothy Adeyemi has failed to answer the Amended Complaint though duly served with the Summons and Amended Complaint on January 22, 2007 and an Affidavit on behalf of Plaintiff having been filed, it is this _____ day of August 2007 declared that the defendant Timothy Adeyemi is in default.

                              Nancy M. Mayer-Whittington, Clerk

                              By:_____
                                  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

FEDERAL INSURANCE COMPANY, as
subrogee of DENISE WASHINGTON

     Plaintiff,

v.

TIMOTHY OLAWUNI, TIMOTHY
ADEYEMI, FLORENCE OLAJIDE, TIM &
FLO REALTY/CONSTRUCTION FIRM
LLC, PEDRO MEDRANO, a/k/a PEDRO
MADRANO, INDIVIDUALLY and d/b/a
MOYA CONTRACTORS COMPANY

     Defendants.

Case: 1:06-CV-00157-PLF
Judge Paul L. Friedman

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TIMOTHY ADEYEMI

I, Eric N. Stravitz, Esquire, being duly sworn, deposes and states as follows:

1. I am a member of the law firm of MESIROW & STRAVITZ, PLLC, which represents the Plaintiff, Federal Insurance Company, as subrogee of Denise Washington, in the above-captioned matter.

2. On December 27, 2006, Plaintiff's Motion to File an Amended Complaint was granted by the Court.

3. On December 27, 2006, Plaintiff filed its Amended Complaint.

4. Defendant Timothy Olawuni has represented that he has power of attorney over Timothy Adeyemi's business affairs.

5. On January 22, 2007, Plaintiff caused the Summons and a copy of the Amended Complaint to be served upon Defendant Timothy Adeyemi by serving his agent, Defendant Timothy Olawuni. The Return of Service was filed with the court on April 18, 2007.

6.  Defendant Timothy Adeyemi had twenty (20) days from the date of service within which to answer the Amended Complaint.

7.  To date, Defendant Timothy Adeyemi has not filed an answer to the Amended Complaint.

8.  Upon information and belief, Defendant Timothy Adeyemi is not in military service, is not an infant or incompetent person, is not the United States government (or any agency or subdivision of same), and is not a foreign sovereign.

I certify that the foregoing statements made by me are true under penalty of perjury. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Eric N. Stravitz, Esquire
Bar No. 23610

Attorney for Plaintiff

Sworn to and subscribed before me
this 14 day of August 2007

_____
Notary Public

Bianca M. Clayton
Notary Public, District of Columbia
My Commission expires 04-30-2012

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

FEDERAL INSURANCE COMPANY, as
subrogee of DENISE WASHINGTON

        Plaintiff,

v.

TIMOTHY OLAWUNI, TIMOTHY
ADEYEMI, FLORENCE OLAJIDE, TIM &
FLO REALTY/CONSTRUCTION FIRM
LLC, PEDRO MEDRANO, a/k/a PEDRO
MADRANO, INDIVIDUALLY and d/b/a
MOYA CONTRACTORS COMPANY

        Defendants.

Case: 1:06-CV-00157-PLF
Judge Paul L. Friedman

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007 the foregoing Plaintiff's request for the Clerk to enter default against Timothy Adeyemi was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and to Defendant Timothy Adeyemi by first class mail, addressed as follows:

        Timothy Adeyemi
        1320 Fort Stevens Drive # 5, NW
        Washington, DC 20022

        /s/ Eric N. Stravitz
        Eric N. Stravitz, Esquire
        Bar No. 23610