IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

FEDERAL INSURANCE COMPANY, as
subrogee of DENISE WASHINGTON

     Plaintiff,

v.

TIMOTHY OLAWUNI, TIMOTHY
ADEYEMI, FLORENCE OLAJIDE, TIM &
FLO REALTY/CONSTRUCTION FIRM
LLC, PEDRO MEDRANO, a/k/a PEDRO
MADRANO, INDIVIDUALLY and d/b/a
MOYA CONTRACTORS COMPANY

     Defendants.

Case: 1:06-CV-00157-PLF
Judge Paul L. Friedman

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TIMOTHY ADEYEMI

I, Eric N. Stravitz, Esquire, being duly sworn, deposes and states as follows:

1. I am a member of the law firm of MESIROW & STRAVITZ, PLLC, which represents the Plaintiff, Federal Insurance Company, as subrogee of Denise Washington, in the above-captioned matter.

2. On December 27, 2006, Plaintiff's Motion to File an Amended Complaint was granted by the Court.

3. On December 27, 2006, Plaintiff filed its Amended Complaint.

4. Defendant Timothy Olawuni has represented that he has power of attorney over Timothy Adeyemi's business affairs.

5. On January 22, 2007, Plaintiff caused the Summons and a copy of the Amended Complaint to be served upon Defendant Timothy Adeyemi by serving his agent, Defendant Timothy Olawuni. The Return of Service was filed with the court on April 18, 2007.

6. Defendant Timothy Adeyemi had twenty (20) days from the date of service within which to answer the Amended Complaint.

7. To date, Defendant Timothy Adeyemi has not filed an answer to the Amended Complaint.

8. Upon information and belief, Defendant Timothy Adeyemi is not in military service, is not an infant or incompetent person, is not the United States government (or any agency or subdivision of same), and is not a foreign sovereign.

I certify that the foregoing statements made by me are true under penalty of perjury. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Eric N. Stravitz, Esquire
Bar No. 23610

Attorney for Plaintiff

Sworn to and subscribed before me
this 14 day of August 2007

Notary Public

Bianca M. Clayton
Notary Public, District of Columbia
My Commission expires 04-30-2012

5