UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY OLAWUNI, et al., )<br>)<br>Defendants, )<br>_____)<br>)<br>TIMOTHY OLAWUNI, et al., )<br>)<br>Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>ALEA LONDON LIMITED, )<br>)<br>Third-Party Defendant. )<br>_____) | Civil Action No. 06-0157 (PLF) |

ORDER

On April 18, 2007, plaintiff filed an affidavit of service with respect to defendant Timothy Adeyemi. The Clerk entered default against this defendant on August 15, 2007. Plaintiff has not filed a motion for entry of default judgment against this defendant. Accordingly, it is hereby

ORDERED that plaintiffs shall file a motion for entry of default judgment against Mr. Adeyemi on or before September 4, 2007.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 17, 2007