# MESIROW & STRAVITZ, PLLC
1307 NEW HAMPSHIRE AVENUE, NW
SUITE 400
WASHINGTON, DC 20036

JOHN B. MESIROW (DC, MD & VA)
ERIC N. STRAVITZ (DC & MD)
ATTORNEYS AT LAW

www.metroDClaw.com

TELEPHONE: (DC):  (202) 463-0303
TOLL FREE:       (866) 463-0303
FACSIMILE:       (202) 861-8858

August 21, 2007

VIA ELECTRONIC FILING ONLY

Honorable John M. Facciola
United States Magistrate Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re:    *Federal Insurance Company v. Timothy Olawuni, et al.*
           Case No.:  1:06CV00157 (PLF)

Dear Judge Facciola:

    I am local counsel for Plaintiff Federal Insurance Company in the above-captioned case and am writing to be excused from attending the August 24, 2007 settlement conference.  Lead counsel, Matthew F. Noone, Esq., will attend the conference with binding settlement authority.  Therefore, it seems unnecessary for me to appear as well (it is also my anniversary).  I have spoken to Mr. Noone and Mr. Olawuni's counsel, MaryRose Ozee Nwadike, Esq., about this request.  Both consent to it.  I left a message earlier today for Duane K. Thompson, Esq., counsel for ALEA London Limited, and await his response.  It seems highly unlikely that Mr. Thompson would object to my absence.

    Please have someone from your office notify me of your response.

    Thank you for your kind attention to this matter.

                      Respectfully submitted,

                      /s/ Eric N. Stravitz

                      Eric N. Stravitz

Enclosures
cc (via electronic filing only):  All counsel