IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY OLAWUNI, TIMOTHY ADEYEMI, FLORENCE OLAJIDE, TIM & FLO REALTY/CONSTRUCTION FIRM LLC, PEDRO MEDRANO, a/k/a PEDRO MADRANO, INDIVIDUALLY and d/b/a MOYA CONTRACTORS COMPANY<br><br>Defendants. | Case: 1:06-CV-00157-PLF<br>Judge Paul L. Friedman |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANT TIMOTHY ADEYEMI**

Plaintiff, Federal Insurance Company, as Subrogee of Denise Washington, respectfully moves this Honorable Court to enter a default judgment against Defendant Timothy Adeyemi, based on the reasons set forth below and the accompanying Affidavit of Eric N. Stravitz, Esquire, and in support thereof, Plaintiff avers as follows:

1. On or about August 9, 2005, the common wall shared by the houses at 1425 and 1427 5th Street, NW, Washington, DC, collapsed, causing extensive damages to both houses.

2. Timothy Adeyemi is the owner of record of 1427 5th Street, NW. Denise Washington is the owner of 1425 5th Street, NW. The plaintiff provided a homeowners policy of insurance to Denise Washington and has so far paid her approximately $700,000 for the damages resulting from the wall collapse.

3. At the time of the collapse, 1427 5th Street, NW was undergoing significant renovations, including the installation of a new basement. Defendant Timothy Olawuni was the general contractor in charge of the renovation project.

4. On or about January 30, 2006, Plaintiff filed a complaint against Defendant Timothy Olawuni for damages arising from the collapse. The original complaint alleged that Defendant Timothy Olawuni used the name Timothy Adeyemi as an alias, and that he was the true owner of the property located at 1427 5th Street, NW.

5. Defendant Timothy Olawuni filed an Answer through his attorney, Mary Rose Nwadike.

6. During the initial scheduling conference, Ms. Nwadike represented to the Court that Timothy Adeyemi is actually Tim Olawuni's cousin. She further represented that Mr. Adeyemi is a citizen and resident of Nigeria.

7. Defendant Olawuni gave sworn testimony in a separate action filed by Denise Washington in which he represented that he has power of attorney to act on Defendant Adeyemi's behalf. See Exhibit A attached hereto.

8. As a result of Ms. Nwadike's disclosure, this Court granted plaintiff leave to file an amended complaint naming Defendant Timothy Adeyemi as a direct defendant in the instant action.

9. On December 27, 2006, Plaintiff filed an Amended Complaint and Summons.

10. On January 22, 2007, Plaintiff caused the Summons and a copy of the Amended Complaint to be served upon Defendant Timothy Adeyemi by serving his agent, Defendant Timothy Olawuni. The Return of Service was filed with the court on April 18, 2007.

11. Mr. Olawuni was deposed in the instant litigation on February 13, 2007. He confirmed that he received service of the Amended Complaint filed against Timothy Adeyemi. He also confirmed that he has written power of attorney to act on Timothy Adeyemi's behalf. See Exhibit B attached hereto.

12. Plaintiff had previously served written discovery requests demanding production of the written power of attorney. The defendant has not yet produced a copy of the written power of attorney.

13. During the deposition, Mr. Olawuni said that he intended to ask Ms. Nwadike to file an answer on Timothy Adeyemi's behalf. Plaintiff's counsel advised Mr. Olawuni that the rules of professional conduct prohibited her from representing both Mr. Olawuni and Mr. Adeyemi in this action due to a conflict of interest. He responded by saying: "Then I'll have to work on that." See Exhibit C attached hereto.

14. Mr. Olawuni also claimed during his deposition that Mr. Adeyemi maintains an apartment at 1324 Fort Stevens Drive, Apt. 5, Washington, DC, in which he stays when he visits the United States. Mr. Olawuni's wife owns this property. Mr. Olawuni claimed that Mr. Adeyemi executed a written lease for this property, but he has never produced it. See Exhibit D attached hereto.

15. Defendant Timothy Adeyemi had twenty (20) days from the date of service within which to file a pleading or to otherwise defend this action.

16. As of August 14, 2007, Defendant Timothy Adeyemi had not filed an answer to the Amended Complaint and is in default.

17. Upon information and belief, Defendant Timothy Adeyemi is not in military service, is not an infant or incompetent person, is not the United States government (or any agency or subdivision of same), and is not a foreign sovereign.

18. On August 14, 2007, Plaintiff filed its Motion for an Entry of Default against Defendant Timothy Adeyemi.

19. On August 15, 2007, the Clerk entered a default as to Defendant Timothy Adeyemi. A copy of the Default is attached hereto as Exhibit E.

20. On August 17, 2007, the honorable Judge Paul L. Friedman ordered that Plaintiff file a motion for entry of default judgment against Defendant Timothy Adeyemi by September 4, 2007. A copy of the Order is attached hereto as Exhibit F.

21. Given that Plaintiff's damages in this matter are for a sum certain of $719,519.57, Plaintiff does not request an assessment of damages hearing.

22. Furthermore, Plaintiff submits the Affidavit of Eric N. Stravitz, in support of this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter a default judgment against Defendant Timothy Adeyemi in the amount of $719,519.57.

Dated: August 23, 2007               Respectfully submitted,

                                     MESIROW & STRAVITZ, PLLC

                             By:     /s/ Eric N. Stravitz
                                     Eric N. Stravitz
                                     Bar No. 23610
                                     1307 New Hampshire Avenue, N.W.
                                     Suite 400
                                     Washington, D.C. 20036
                                     (202) 463-0303
                                     (202) 861-8858 (fax)
                                     eric@metroDClaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY OLAWUNI, TIMOTHY ADEYEMI, FLORENCE OLAJIDE, TIM & FLO REALTY/CONSTRUCTION FIRM LLC, PEDRO MEDRANO, a/k/a PEDRO MADRANO, INDIVIDUALLY and d/b/a MOYA CONTRACTORS COMPANY<br><br>Defendants. | Case: 1:06-CV-00157-PLF<br>Judge Paul L. Friedman |

<u>ORDER</u>

AND NOW, this _____ day of _____, 2007, upon considering Plaintiff's Motion for an Entry of a Default Judgment against Defendant Timothy Adeyemi, Plaintiff's Motion is granted and a Default Judgment is hereby entered against Defendant Timothy Adeyemi in the amount of $719,519.57.

_____
Judge Paul Friedman

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

FEDERAL INSURANCE COMPANY, as
subrogee of DENISE WASHINGTON

Plaintiff,

v.

TIMOTHY OLAWUNI, TIMOTHY
ADEYEMI, FLORENCE OLAJIDE, TIM &
FLO REALTY/CONSTRUCTION FIRM
LLC, PEDRO MEDRANO, a/k/a PEDRO
MADRANO, INDIVIDUALLY and d/b/a
MOYA CONTRACTORS COMPANY

Defendants.

Case: 1:06-CV-00157-PLF
Judge Paul L. Friedman

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT TIMOTHY ADEYEMI

I, Eric N. Stravitz, Esquire, being duly sworn, deposes and states as follows:

1. I am a member of the law firm of MESIROW & STRAVITZ, PLLC, which represents the Plaintiff, Federal Insurance Company, as subrogee of Denise Washington, in the above-captioned matter.

2. On or about August 9, 2005, the common wall shared by the houses at 1425 and 1427 5th Street, NW, Washington, DC, collapsed, causing extensive damages to both houses.

3. Timothy Adeyemi is the owner of record of 1427 5th Street, NW. Denise Washington is the owner of 1425 5th Street, NW. The plaintiff provided a homeowners policy of insurance to Denise Washington and has so far paid her approximately $700,000 for the damages resulting from the wall collapse.

4. At the time of the collapse, 1427 5th Street, NW was undergoing significant renovations, including the installation of a new basement. Defendant Timothy Olawuni was the general contractor in charge of the renovation project.

5. On or about January 30, 2006, Plaintiff filed a complaint against Defendant Timothy Olawuni for damages arising out of the collapse. The original complaint alleged that Defendant Timothy Olawuni used the name Timothy Adeyemi as an alias, and that he was the true owner of the property located at 1427 5th Street, NW.

6. Defendant Timothy Olawuni filed an Answer through his attorney, Mary Rose Nwadike.

7. During the initial scheduling conference, Ms. Nwadike represented to the Court that Timothy Adeyemi is actually Tim Olawuni's cousin. She further represented that Mr. Adeyemi is a citizen and resident of Nigeria.

8. Defendant Olawuni gave sworn testimony in a separate action filed by Denise Washington in which he represented that he has power of attorney to act on Defendant Adeyemi's behalf. See Exhibit A attached hereto.

9. As a result of Ms. Nwadike's disclosure, this Court granted plaintiff leave to file an amended complaint naming Defendant Timothy Adeyemi as a direct defendant in the instant action.

10. On December 27, 2006, Plaintiff filed an Amended Complaint and Summons.

11. On January 22, 2007, Plaintiff caused the Summons and a copy of the Amended Complaint to be served upon Defendant Timothy Adeyemi by serving his agent, Defendant Timothy Olawuni. The Return of Service was filed with the court on April 18, 2007.

12.     Mr. Olawuni was deposed in the instant litigation on February 13, 2007. He confirmed that he received service of the Amended Complaint filed against Timothy Adeyemi. He also confirmed that he has written power of attorney to act on Timothy Adeyemi's behalf. See Exhibit B attached hereto.

13.     Plaintiff had previously served written discovery requests demanding production of the written power of attorney. The defendant has not yet produced a copy of the written power of attorney.

14.     During the deposition, Mr. Olawuni said that he intended to ask Ms. Nwadike to file an answer on Timothy Adeyemi's behalf. Plaintiff's counsel advised Mr. Olawuni that the rules of professional conduct prohibited her from representing both Mr. Olawuni and Mr. Adeyemi in this action due to a conflict of interest. He responded by saying: "Then I'll have to work on that." See Exhibit C attached hereto.

15.     Mr. Olawuni also claimed during his deposition that Mr. Adeyemi maintains an apartment at 1324 Fort Stevens Drive, Apt. 5, Washington, DC, in which he stays when he visits the United States. Mr. Olawuni's wife owns this property. Mr. Olawuni claimed that Mr. Adeyemi executed a written lease for this property, but he has never produced it. See Exhibit D attached hereto.

16.     Defendant Timothy Adeyemi had twenty (20) days from the date of service within which to file a pleading or to otherwise defend this action.

17.     As of August 14, 2007, Defendant Timothy Adeyemi had not filed an answer to the Amended Complaint and is in default.

18. Upon information and belief, Defendant Timothy Adeyemi is not in military service, is not an infant or incompetent person, is not the United States government (or any agency or subdivision of same), and is not a foreign sovereign.

19. On August 14, 2007, Plaintiff filed its Motion for an Entry of Default against Defendant Timothy Adeyemi.

20. On August 15, 2007, the Clerk entered a default as to Defendant Timothy Adeyemi. A copy of the Default is attached hereto as Exhibit E.

21. On August 17, 2007, the Honorable Judge Paul L. Friedman ordered that Plaintiff file a motion for entry of default judgment against Defendant Timothy Adeyemi by September 4, 2007. A copy of the Order is attached hereto as Exhibit F.

22. Given that Plaintiff's damages in this matter are for a sum certain of $719,519.57, Plaintiff does not request an assessment of damages hearing.

23. Based on the foregoing, Plaintiff requests that this Court enter a default judgment against the Defendant Timothy Adeyemi in the amount of $719,519.57.

I certify that the foregoing statements made by me are true under penalty of perjury. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Eric N. Stravitz, Esquire
Bar No. 23610
*Attorney for Plaintiff*

Sworn to and subscribed before me
this 23 day of August, 2007

_____
Notary Public

Wayne Lewis
Notary Public, District of Columbia
My Commission Expires 06-14-2009

9

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY OLAWUNI, TIMOTHY ADEYEMI, FLORENCE OLAJIDE, TIM & FLO REALTY/CONSTRUCTION FIRM LLC, PEDRO MEDRANO, a/k/a PEDRO MADRANO, INDIVIDUALLY and d/b/a MOYA CONTRACTORS COMPANY<br><br>Defendants. | Case: 1:06-CV-00157-PLF<br>Judge Paul L. Friedman |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2007 the foregoing Plaintiff's Motion for an Entry of Default Judgment as to Defendant Timothy Adeyemi was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and to Defendant Timothy Adeyemi by first class mail, addressed as follows:

Timothy Adeyemi
c/o Timothy Olawuni
1320 Fort Stevens Drive # 5, NW
Washington, DC 20022

/s/ Eric N. Stravitz
Eric N. Stravitz, Esquire
Bar No. 23610