# EXHIBIT A

Capital Reporting Company

Page 1

```
 1    IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
 2   --------------------------------:
                                     :
 3   DENISE WASHINGTON,              :
                                     :
 4              Plaintiff,           :
                                     : Case No.
 5              vs.                  :
                                     : 05-ca-008275
 6   TIMOTHY ADEYEMI,                :
                                     :
 7              Defendant.           :
                                     :
 8   --------------------------------:
 9                         Washington, D.C.
10                         Wednesday, May 10, 2006
11
12   Deposition of:
13                   TIMOTHY OLAWANI,
14   called for oral examination by counsel for
15   Plaintiff, pursuant to notice, at Temple Law
16   Office, 1229 15th Street, N.W., Washington, D.C.,
17   before Robin Watson of Capital Reporting, a Notary
18   Public in and for the District of Columbia,
19   beginning at 10:00 a.m., when were
20   present on behalf of the respective parties:
21
22
```

Capital Reporting Company

Page 68

```
 1        A    Yeah, I told him, but I told my lawyer
 2   too.  This is just me.
 3        Q    Has he told you when the next time is
 4   that he's coming to the United States?
 5        A    No.
 6        Q    Has Pedro ever met him?
 7        A    No.
 8        Q    Have any of the engineers ever met him?
 9        A    No.
10        Q    Has your wife ever met him?
11        A    Met who.
12        Q    Adeyemi?
13        A    Yes.  Oh, yeah.
14        Q    Has anyone from the D.C. Government ever
15   spoken to him?
16        A    No.
17        Q    Do you have a power of attorney to act on
18   his behalf?
19        A    Yes.
20        Q    Is it in writing?
21        A    Yes.
22        Q    And that's in your file?
```

# EXHIBIT B

**Capital Reporting Company**

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF COLUMBIA

 3    _____

 4   FEDERAL INSURANCE,              :

 5              Plaintiff, :

 6         v              : CASE NO:

 7                         : 1:06CV 00157-PLF

 8   TIMOTHY OLAWUNI,               :

 9              Defendant :

10    _____      :

11

12                         Washington, D.C.

13              Tuesday, February 13, 2007

14   Deposition of:

15         TIMOTHY OLAWUNI

16   called for oral examination by counsel for

17   Plaintiff, pursuant to Notice, at the Law Offices

18   of Cozen O'Connor, 1627 I Street, Northwest, Suite

19   1100, Washington, D.C., before Mary E. Warner of

20   Capital Reporting, sworn by a Notary Public in and

21   for the District of Columbia, that was scheduled

22   at 10:00 a.m. and began at 11:29 a.m.
```

## Capital Reporting Company

Page 74

```
1      Q   Let's break it down.  You said he worked
2  for Lufthansa Airlines?
3      A   Yes.
4      Q   So would he be able to travel here?
5  Would he travel here on business working for
6  Lufthansa?
7      A   To visit.
8      Q   So he would come visit how many times per
9  year when he worked for Lufthansa?
10     A   I don't know.
11     Q   Once or twice a year?
12     A   Depends on his schedule.  It just depends
13  on the schedule.
14     Q   And how long would he stay for when he
15  came?
16     A   I can't tell you.
17     Q   Where would he stay when he came?
18     A   He stayed with the -- in the apartment
19  where I used to live.
20     Q   What apartment is that?
21     A   1324 Fort Stevens Drive.
22     Q   Did he have an apartment there?
```

Page 75

```
1      A   Yes.
2      Q   Now who were the tenants in that?  You
3  said there's four units or five?
4      A   Five.
5      Q   And your wife owns that, correct?
6      A   Yes.
7      Q   And she has tenants there, right?
8      A   Yes, back and forth, off and on.
9      Q   Well --
10     A   What I mean is sometimes he stayed there
11  and come to me.
12     Q   I don't understand that.
13         MS. NWADIKE:  That's not the question.
14  Listen to the question.
15         THE WITNESS:  What was the question?
16  BY MR. NOONE:
17     Q   Does she lease that, does she make money
18  off of those?
19     A   Oh, lease.
20     Q   Does she rent them out?
21     A   Yeah.
22     Q   So she rents out the units.  Do you know
```

Page 76

```
1  what the rental payments are?
2      A   You mean for each unit or in total?
3      Q   Yeah, total, it doesn't matter, I just
4  want to get a sense.
5      A   $550.
6      Q   $550 for each unit?
7      A   Two bedrooms is $650.
8      Q   How many two-bedroom units are there?
9      A   Two.
10     Q   And so there's three one-bedroom units?
11     A   Yes.
12     Q   All right.  Now, how does it work?  Do
13  the tenants sign a yearlong lease that stay there?
14     A   Well, the first year is on the lease and
15  the following year is 30-days notice if they want
16  to leave.
17     Q   So there's a written lease for the first
18  year, correct?
19     A   Yes, and after the first year then it's
20  30-day notice, they can decide to leave after
21  30-days notice after a one-year lease.
22     Q   Okay.  And what was it?  If there was a
```

Page 77

```
1  vacant apartment when Tim would happen to be in
2  the United States on business, he would stay
3  there?
4      A   Yeah, he actually tried to maintain that
5  apartment with like another cousin that -- another
6  cousin.
7      Q   Another cousin?
8      A   Yeah.
9      Q   And what was the other cousin's name?
10     A   Moses.
11     Q   Moses what?
12     A   Midijo, M-I-D-I-J-O, or something like
13  that.
14     Q   Was Tim's name on the written lease --
15     A   Yes.
16     Q   -- for this property?
17     A   Yes.
18     Q   I'm going to request a copy of that
19  written lease with Tim Adeyemi's name on it,
20  please?
21         What unit was he in?
22     A   Five.
```

20 (Pages 74 to 77)

# EXHIBIT C

## Capital Reporting Company

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLUMBIA

3    _____        ◻ ORIGINAL

4    FEDERAL INSURANCE,                  :

5                   Plaintiff, :

6                v                  : CASE NO:

7                                   : 1:06CV 00157-PLF

8    TIMOTHY OLAWUNI,                   :

9                   Defendant :

10    _____        :

11

12                              Washington, D.C.

13                    Tuesday, February 13, 2007

14    Deposition of:

15            TIMOTHY OLAWUNI

16    called for oral examination by counsel for

17    Plaintiff, pursuant to Notice, at the Law Offices

18    of Cozen O'Connor, 1627 I Street, Northwest, Suite

19    1100, Washington, D.C., before Mary E. Warner of

20    Capital Reporting, sworn by a Notary Public in and

21    for the District of Columbia, that was scheduled

22    at 10:00 a.m. and began at 11:29 a.m.

## Capital Reporting Company

Page 78

1    Q   How long was he there for?
2    A   At a given time?
3    Q   Yeah, how long did he rent that
4    apartment?
5    A   I told you it was a year lease and then
6    30-day notice. Since his cousin is there --
7    Q   How long ago did he start -- how long ago
8    was his name first on the lease? When did he
9    first start leasing?
10   A   I don't know exactly. I have to check
11   the list.
12   Q   And is he still paying rent on it each
13   month?
14   A   Because -- I believe.
15   Q   Does he send you a check from Nigeria for
16   his half of the rent?
17   A   The cousin paid me. The cousin paid my
18   wife.
19   Q   So you don't remember how long ago this
20   started, he started staying at that place of
21   1320 -- was it 1324 or 1320?
22       MS. NWADIKE: 1320, that's what he said.

Page 79

1       MR. NOONE: I think he testified 24,
2    that's why I'm asking.
3    BY MR. NOONE:
4    Q   1320?
5    A   Uh-huh.
6    Q   How long ago did he start living there?
7    A   I don't remember exactly. I would have
8    to check.
9    Q   Now, does he live primarily in Nigeria,
10   is that where he spends most of his time?
11   A   He's a minister, so I don't know where he
12   stays most of his time. I know he stays in
13   Nigeria.
14   Q   Does he ever stay at your house when he
15   comes to the United States?
16   A   With his apartment he doesn't have to. I
17   don't have space for him.
18   Q   Okay. Did he ever work? Did he ever
19   have a job in the United States, do you know?
20   A   I cannot tell you much about this matter.
21   What I know is what I've already told you.
22   Q   So --

Page 80

1    A   I can't tell you.
2    Q   You don't know?
3    A   I don't know.
4    Q   Well, how is it that -- before this
5    property over on 5th Street, Northwest, where the
6    collapse occurred, how often would you speak to
7    him?
8    A   As I've told you, most of our
9    discussions -- in fact if he's coming, probably
10   won't call. Most of our discussions is for him to
11   come and talk. He's the type of people even if he
12   is coming today, he won't even call to let you
13   know I'm coming. So how often is not easy to
14   answer.
15   Q   My question was before this -- before he
16   got involved with this project, how often would
17   you see him in the number of days in a year that
18   you would see him, once or twice?
19   A   Are you saying in months or a year?
20   Q   In a year.
21   A   I see him a number of times in a year.
22   It depends upon what his schedule is, how often he

Page 81

1    came. One year I saw him six times.
2    Q   One year you saw him six times in a year?
3    A   Yeah, before.
4    Q   And that was the most you have seen him
5    in a year?
6    A   From my recollection.
7    Q   And there were probably times that you
8    didn't see him at all for a year, right?
9    A   I don't think he missed a year of coming.
10   I don't think he ever missed a year. I don't
11   think so, from my recollection.
12   Q   So he might come for a visit and he would
13   see you during the course of his visit one time,
14   correct?
15   A   He would see me sometimes or just call.
16   Q   Pardon?
17   A   Sometimes he just calls and may not be
18   able to see me.
19   Q   Okay.
20   A   Sometimes he goes to another state.
21   Q   So it wasn't like you were very close
22   with him, right?

21 (Pages 78 to 81)

# EXHIBIT D

**Capital Reporting Company**

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3    _____    ORIGINAL

4    FEDERAL INSURANCE,                :

5                        Plaintiff, :

6                    v                : CASE NO:

7                                     : 1:06CV 00157-PLF

8    TIMOTHY OLAWUNI,                  :

9                        Defendant :

10   _____ :

11

12                                   Washington, D.C.

13                       Tuesday, February 13, 2007

14   Deposition of:

15                   TIMOTHY OLAWUNI

16   called for oral examination by counsel for

17   Plaintiff, pursuant to Notice, at the Law Offices

18   of Cozen O'Connor, 1627 I Street, Northwest, Suite

19   1100, Washington, D.C., before Mary E. Warner of

20   Capital Reporting, sworn by a Notary Public in and

21   for the District of Columbia, that was scheduled

22   at 10:00 a.m. and began at 11:29 a.m.

## Capital Reporting Company

Page 218

1  in the ground, no foundation.
2      Q  Did Mr. Wainwright discuss with you
3  removing the front wall that had bowed?
4      A  Ask the question.
5      MS. NWADIKE:  What was the question?
6  BY MR. NOONE:
7      Q  Did Mr. Wainwright discuss with you
8  removing the front wall that had bowed?
9      A  He talked about it.  The wall happened to
10  be a concern for him because that wall, the way it
11  looks, doesn't look stable and he did mention that
12  if we can remove it, so, better to keep it and see
13  if we can resolve what we need to resolve or
14  remove it before we have all this problem.
15      MR. NOONE:  Can you read back his answer?
16  (Court reporter read back the last question.)
17  BY MR. NOONE:
18      Q  Well, he says in his report to you,
19  remove front wall.  Do you want to read it?
20      A  I believe it.
21      Q  You chose to ignore that recommendation,
22  right?

Page 219

1      A  I would not say --
2      MS. NWADIKE:  Objection to
3  characterization.  For crying out loud, they
4  hadn't even started the job.
5  BY MR. NOONE:
6      Q  You testified in your previous deposition
7  that you have a written power of attorney from
8  Mr. Adeyemi, correct?
9      A  Yes, I do.
10      Q  And I asked your attorney and I asked
11  your attorney's paralegal to make sure that you
12  brought it with you today.  And you didn't bring
13  it, did you?
14      A  I'm still looking for it.
15      Q  Pardon?
16      A  I'm looking for it.  I don't know where
17  it is.
18      Q  Have you received the complaint?
19      A  The complaint?
20      Q  Filed against Mr. Adeyemi?
21      A  Yes, I do.
22      Q  You have the complaint, you just received

Page 220

1  it, right?
2      A  Yes.
3      Q  Have you forwarded it on to him?
4      A  I'm forwarding it to the attorney.
5      Q  Pardon?
6      A  I'm forwarding it to the attorney.
7      Q  Who is the attorney?
8      A  I'm standing here for the same thing.
9      Q  I don't understand that.  That's not
10  responsive to my question.  Who have you
11  forwarded -- what attorney are you forwarding that
12  complaint on to?
13      A  My understanding that this case is being
14  handled by Mrs. Mary Rose.
15      Q  She can't be representing both, that's a
16  conflict.
17      A  Then I'll have to work on that.
18      Q  Well, you better do it quick because I
19  can file a motion for a default judgment.  Okay?
20  So I would work on it quickly.
21      MR. NOONE:  All right, sir.  Thank you
22  for your time.

Page 221

1      THE WITNESS:  Thank you.
2      (Whereupon, at 5:57 p.m., the
3      Deposition of Timothy Olawuni
4      was concluded.)

56 (Pages 218 to 221)

# EXHIBIT E

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL INSURANCE COMPANY
_____

        Plaintiff(s)

              v.

    Civil Action No.  06-157 PLF

TIMOTHY OLAWUNI, et al.,
_____

        Defendant(s)

RE:  TIMOTHY ADEYEMI

## DEFAULT

    It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on   1/22/07  , and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of __August__, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                  Tawana Davis
                  Deputy Clerk

# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE CO.,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY OLAWUNI, <u>et al.</u>,<br><br>Defendants,<br><br>TIMOTHY OLAWUNI, <u>et al.</u>,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>ALEA LONDON LIMITED,<br><br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 06-0157 (PLF) |

<u>ORDER</u>

On April 18, 2007, plaintiff filed an affidavit of service with respect to defendant

Timothy Adeyemi. The Clerk entered default against this defendant on August 15, 2007.

Plaintiff has not filed a motion for entry of default judgment against this defendant. Accordingly,

it is hereby

ORDERED that plaintiffs shall file a motion for entry of default judgment against Mr. Adeyemi on or before September 4, 2007.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 17, 2007

2