**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

FEDERAL INSURANCE COMPANY, as
subrogee of DENISE WASHINGTON

           Plaintiff,           Case: 1:06-CV-00157-PLF
                                    Judge Paul L. Friedman

    v.

TIMOTHY OLAWUN, et al.

           Defendants.

### SETTLEMENT AGREEMENT

WHEREAS, Federal Insurance Company and Timothy Olawuni wish to resolve the dispute between them arising from the wall collapse that occurred at 1427 5th Street, NW, Washington, DC, on or about August 9th, 2005, the parties enter into a settlement agreement and agree to be bound by the following terms.

1.    The parties agree to settle their dispute for $200,000.

2.    The parties agree that the matter of Federal Insurance Company v. Timothy Olawuni, et al., Case Number: 1:06-cv-00157-PLF shall be stayed until May 8, 2008 ("the stay").

3.    The parties agree that the purpose of the stay is to give Mr. Olawuni time to sell his investment properties at 9008 91st Place, Lanhan, MD and 9511 Trumpet Lane, Upper Marlboro, MD.

4.    The parties agree that the proceeds of the sales of these two investment properties shall first be applied to payoff the balance of any existing mortgages on the properties. The balance of the sales proceeds shall then be paid to Federal Insurance Company up and until the $200,000 settlement is satisfied. The closing agent for the sale shall make the check for the balance payable to Federal Insurance Company and shall deliver the check to Mr. Noone. Any funds in excess of the outstanding mortgages and Federal Insurance Company's $200,000 settlement shall be remitted to Timothy Olawuni. Mr. Olawuni shall make sure that Mr. Noone is advised by both he and the closing agent of the date, time and location of the closings of the sales of the investment properties so that Mr. Noone or his representative may attend the closings if he so desires.

5.    Mr. Olawuni consents to the entry of judgment against him by the Court in the matter of *Federal Insurance Company v. Timothy Olawuni, et al.*, Case Number: 1:06-cv-00157-PLF, if on May 23, 2008, Mr. Olawuni has not paid Federal Insurance Company the full $200,000 settlement proceeds. The amount of the judgment shall be the lesser of $200,000 or $200,000 less any payments that Mr. Olawuni made to Federal Insurance Company during the previous six months in attempted satisfaction of the $200,000 settlement amount. **Accordingly, on May 23,**

1

2008, if the $200,000 has been paid in full, Plaintiff's counsel will file a Praecipe of Dismissal with Prejudice. If, as of May 23, 2008, the Plaintiff has not been paid in full, the Plaintiff will request that the Court enter a consent judgment, per the terms of this Agreement, in the outstanding amount of the settlement (a copy of this Agreement will be Exhibit 1 to any such Request). Mr. Olawuni hereby authorizes Mr. Noone or Mr. Stravitz to sign his name to that Consent Judgment. Further, the parties agree that Plaintiff will not request the Court to enter the default judgment against Timothy Adeyemi unless the $200,000 is not paid in full by May 23, 2008.

6. Beginning immediately, Mr. Olawuni shall e-mail to Matthew F. Noone, Esquire, at mnoone@cozen.com; on the first day of each month, a report detailing his efforts during the previous thirty-day period to sell the two properties. Mr. Olawuni shall also notify Mr. Noone immediately if and when either of the properties are sold. Mr. Olawuni shall provide Mr. Noone with the date, time and location of the settlement. He will also provide Mr. Noone with a copy of the agreement of sale, the name, address and phone number of the buyer, and the name, address and telephone number of the closing agent.

7. The parties agree that the proceeds of the sales of these two investment properties shall first be applied to payoff the balance of any existing mortgages on the properties. The balance of the proceeds shall then be paid to Federal Insurance Company up and until the $200,000 judgment is satisfied. The closing agent for the sale shall make the check for the balance payable to Federal Insurance Company and shall deliver the check to Mr. Noone. Any funds in excess of the outstanding mortgages and Federal Insurance Company's $200,000 judgment shall be remitted to Timothy Olawuni.

8. Mr. Olawuni agrees that he will not refinance the mortgages on the properties listed below, nor will he take out any additional mortgages or encumber these properties in any way. In addition, Mr. Olawuni shall consent to and execute any documents necessary to establish a lis pendens on properties listed below. In addition, he shall provide Mr. Noone with any and all information necessary for the Lis Pendens, including but not limited to, the legal description of the properties set forth on the deeds, the lot numbers, subdivisions, property tax ID numbers, and plat numbers. The properties are:

    A. 711 Seek Lane, Tacoma Park, MD

    B. 9008 91st Place, Lanhan, MD

    C. 9511 Trumpet Lane, Upper Marlboro, MD

9. Upon demand, Mr. Olawuni will immediately sign a letter of credit authorization permitting the plaintiff to obtain an independent credit report.

I HEREBY AFFIRM THAT I UNDERSTAND THE ABOVE AGREEMENT AND AGREE TO ABIDE BY ITS TERMS

_____
Federal Insurance Company, by counsel,
Eric N. Stravitz or Matthew F. Noone

_____
Timothy Olayumi

12/11/07
Date

11/29/07
Date

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2007 the foregoing Settlement Agreement was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by first-class mail, postage prepaid to:

MaryRose Ozee Nwadike, Esquire
8701 Georgia Avenue, Suite 600
Silver Spring, MD 20910
*Counsel for Defendant Timothy Adeyemi*

/s/ Eric N. Stravitz
Eric N. Stravitz, Esquire
Bar No. 23610

3