UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY OLAWUNI, et al., )<br>)<br>Defendants, )<br>)<br>TIMOTHY OLAWUNI, et al., )<br>)<br>Third Party Plaintiffs, )<br>)<br>v. )<br>)<br>ALEA LONDON LIMITED, )<br>)<br>Third Party Defendant. )<br>) | Civil Action No. 06-0157 (PLF) |

ORDER AND JUDGMENT

For the reasons explained in the Opinion issued this same day, it is hereby

ORDERED that third party defendant Alea London Limited's motion for summary judgment with respect to the cross-claim [48] is GRANTED; and it is

FURTHER ORDERED that JUDGMENT is entered on the cross claim for third party defendant Alea London Limited.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 6, 2008