**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON | Case: 1:06-CV-00157-PLF<br>Judge Paul L. Friedman |
| Plaintiff, | |
| v. | |
| TIMOTHY OLAWUNI, TIMOTHY ADEYEMI, FLORENCE OLAJIDE, TIM & FLO REALTY/CONSTRUCTION FIRM LLC, PEDRO MEDRANO, a/k/a PEDRO MADRANO, INDIVIDUALLY and d/b/a MOYA CONTRACTORS COMPANY | |
| Defendants. | |

**PLAINTIFF'S MOTION TO REOPEN CASE AND ENTER CONSENT JUDGMENT AGAINST DEFENDANT TIMOTHY OLAWUNI**

Plaintiff, Federal Insurance Company, as Subrogee of Denise Washington, respectfully moves this Honorable Court to reopen this case and to enter a consent judgment against Defendant Timothy Olawuni, for the reasons set forth as follows:

1. This a subrogation action arising from the collapse of a common wall of two row homes located on 5th St. N.W. The collapse occurred on August 9, 2005. At the time of the collapse, the defendant was excavating beneath the common wall.

2. On or about December 11, 2007, plaintiff Federal Insurance Company and defendant Olawuni entered into a settlement agreement whereby the parties agreed to settle their claims for $200,000. A copy of the Settlement Agreement is attached as Exhibit 1.

3. Under the terms of the Settlement Agreement, defendant Olawuni was required to make payment to the plaintiff no later than May 23, 2008. In accordance with Paragraph 5, Mr.

Olawuni consented to the entry of judgment against him by the Court in the event payment was not made by May 23, 2008. Mr. Olawuni also authorized the plaintiff's attorneys to sign Mr. Olawuni's name to the consent order.

4. The defendant has not made ***any*** payments to the plaintiff and, therefore, under the terms of the agreement, the Court may enter the attached Order of Consent Judgment against Timothy Olawuni.

5. On May 29, 2008, this Court entered an Order dismissing the case without prejudice to file a motion to reopen the case within 30 days of the issuance of the Court's Order.

6. Plaintiff hereby moves for an Order reinstating the case.

WHEREFORE, Plaintiff respectfully requests that the Court reopen the case and to enter the attached Order of Consent Judgment in the amount of $200,000 against Defendant Timothy Olawuni.

Dated: June 4, 2008                              Respectfully submitted,

                                                 MESIROW & STRAVITZ, PLLC


                                    By:   /s/ Eric N. Stravitz
                                          Eric N. Stravitz (Bar No. 438093)
                                          1307 New Hampshire Avenue, N.W.
                                          Suite 400
                                          Washington, D.C. 20036
                                          (202) 463-0303
                                          (202) 861-8858 (fax)
                                          eric@metroDClaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TIMOTHY OLAWUNI, TIMOTHY ADEYEMI, FLORENCE OLAJIDE, TIM & FLO REALTY/CONSTRUCTION FIRM LLC, PEDRO MEDRANO, a/k/a PEDRO MADRANO, INDIVIDUALLY and d/b/a MOYA CONTRACTORS COMPANY<br><br>　　　　　Defendants. | Case:  1:06-CV-00157-PLF<br>Judge Paul L. Friedman |

**ORDER**

UPON CONSIDERING Plaintiff's Motion to Reopen Case and Enter Consent Judgment Against Defendant Timothy Olawuni ("Plaintiff's Motion"), and any opposition thereto, and with good cause having been shown, IT IS HEREBY ORDERED this _____ day of _____, 2008, that this case be reopened.

IT IS FURTHER ORDERED, upon agreement of the parties, that a consent judgment is entered against Defendant Timothy Olawuni, in the amount of $200,000.

/s/ Eric N. Stravitz　　　　　　　　　　　　　/s/ Timothy Olawuni[1]
FEDERAL INSURANCE COMPANY　　　TIMOTHY OLAWUNI

　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

_____　　　　　　　　　　　_____
DATE　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN, U.S.D.J.

---

[1] By Eric N. Stravitz with permission under ¶ 5 of the Settlement Agreement attached to Plaintiff's Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2008, the foregoing Plaintiff's Motion to Reopen Case and Enter Consent Judgment Against Defendant Timothy Olawuni and proposed Order was served on all counsel and parties through electronic filing; further, these documents will be sent to Defendant Timothy Adeyemi by first class mail, addressed as follows:

Timothy Olawuni
1320 Fort Stevens Drive # 5, NW
Washington, DC 20022

   /s/ Eric N. Stravitz
Eric N. Stravitz (Bar No. 438093)