IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of DENISE WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY OLAWUNI, TIMOTHY ADEYEMI, FLORENCE OLAJIDE, TIM & FLO REALTY/CONSTRUCTION FIRM LLC, PEDRO MEDRANO, a/k/a PEDRO MADRANO, INDIVIDUALLY and d/b/a MOYA CONTRACTORS COMPANY<br><br>Defendants. | Case: 1:06-CV-00157-PLF<br>Judge Paul L. Friedman<br><br>**FILED**<br>JUN 1 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

UPON CONSIDERING Plaintiff's Motion to Reopen Case and Enter Consent Judgment Against Defendant Timothy Olawuni ("Plaintiff's Motion"), and any opposition thereto, and with good cause having been shown, IT IS HEREBY ORDERED this 17th day of June, 2008, that this case be reopened.

IT IS FURTHER ORDERED, upon agreement of the parties, that a consent judgment is entered against Defendant Timothy Olawuni, in the amount of $200,000.

/s/ Eric N. Stravitz
FEDERAL INSURANCE COMPANY

/s/ Timothy Olawuni[1]
TIMOTHY OLAWUNI

SO ORDERED:

6/17/08
DATE

PAUL L. FRIEDMAN, U.S.D.J.

---

[1] By Eric N. Stravitz with permission under ¶ 5 of the Settlement Agreement attached to Plaintiff's Motion.